| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar Nos. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Thomas B. Ure**<br>**8280 Florence Avenue, Suite 200**<br>**Downey, CA 90240**<br>**213-202-6070 Fax: 213-202-6075**<br>California State Bar Number: **170492 CA**<br>tom@urelawfirm.com<br><br><br><br><br><br>*Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br><br><br>MLM OREGON, LLC<br><br><br><br><br><br>Debtor(s). | CASE NO.:    **2:26-bk-12319-BB**<br>CHAPTER:    **11**<br><br>**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER FRBP 2014**<br><br>**(File with Application for Employment)**<br><br><br>[No Hearing Required] |
|---|---|

1. Name, address and telephone number of the professional (Professional) submitting this Statement:
   **URE LAW FIRM, 8280 Florence Ave., Downey, CA 90240**
   **Phone: 213-202-6070**

2. The services to be rendered by the Professional in this case are *(specify)*:
   **GENERAL INSOLVENCY COUNSEL**

3. The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:
   **SEE APPLICATION.**

4. The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are *(specify)*:
   **GENERAL RETAINER AS AN ADVANCE AGAINST FUTURE FEES AND PAYMENTS FOR SERVICES AND COST RENDERED PRE-PETITION.**

5. The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:
   **COMPLETE CLIENT REVIEW AND SOFTWARE CONFLICT CHECK.**

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                          *Page 1*                          **F 2014-1.STMT.DISINTEREST.PROF**

6.  The following is a complete description of all of the Professional's connections with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee (specify,attaching extra pages as necessary):
**NONE.**

7.  The Professional is not a creditor, an equity security holder or an insider of the Debtor, except as follows *(specify, attaching extra pages as necessary)*:
**NO EXCEPTION.**

8.  The Professional is not and was not, within 2 years before the date of filing of the petition, a director, officer or employee of the Debtor.

9.  The Professional does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason, except as follows *(specify, attaching extra pages as necessary)*:
**NO EXCEPTION.**

10. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional *(specify)*:
**URE LAW FIRM, 8280 Florence Ave., Downey, CA 90240**
**Phone: 213-202-6070**

11. The Professional is not a relative or employee of the United States trustee or a bankruptcy judge, except as follows *(specify, attaching extra pages as necessary)*:
**NO EXCEPTION.**

12. Total number of attached pages of supporting documentation:  **0**

13. After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct except that I declare that paragraphs 6 through 9 are stated on information and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April  17, 2026 | Thomas B. Ure | /s/ Thomas B. Ure |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                   Page 2                        **F 2014-1.STMT.DISINTEREST.PROF**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**8280 Florence Avenue, Suite 200**
**Downey, CA 90240**

A true and correct copy of the foregoing document entitled:   **Statement of Disinterestedness for Employment of Professional Person**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On   **04/17/2026**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Nicholas S Couchot on behalf of Creditor Golden State Bank**
**ncouchot@swlaw.com**

**Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)**
**kelly.l.morrison@usdoj.gov**

**Joshua K Partington on behalf of Creditor Golden State Bank**
**jpartington@swlaw.com, mlinker@swlaw.com**

**United States Trustee (LA)ustpregion16.la.ecf@usdoj.gov**

**Thomas B Ure on behalf of Debtor MLM OREGON, LLC**
**tom@urelawfirm.com, urelawfirm@jubileebk.net;tom@ecf.courtdrive.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On   **04/17/2026**   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**United States Bankruptcy Court**
**Honorable Sheri Bluebond**
**255 E. Temple Street, Suite 1534 / Courtroom 1539**
**Los Angeles, CA 90012**

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/17/2026 | Stacy Marin | /s/ Stacy Marin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                        Page 3                          **F 2014-1.STMT.DISINTEREST.PROF**

Label Matrix for local noticing
0973-2
Case 2:26-bk-12319-BB
Central District of California
Los Angeles
Fri Apr 17 15:40:24 PDT 2026

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Golden State Bank
Snell & Wilmer, LLP
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)LOS ANGELES COUNTY TREASURER AND TAX COLL
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

(p)OFFICE OF FINANCE   CITY OF LOS ANGELES
200 N SPRING ST RM 101 CITY HALL
LOS ANGELES CA 90012-3224

MLM OREGON, LLC
493 S. Robertson Blvd.
Beverly Hills, CA 90211-3603

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

(p)FAY SERVICING  LLC
P O BOX 814609
DALLAS TX 75381-4609

Golden State Bank  ECF
P.O. Box 430
Upland, CA 91785-0430

Joshua K. Partington  ECF
Snell & Wilmer
600 Anton Blvd.
Suite 1400
Costa Mesa, CA 92626-7689

Nicholas S Couchot  ECF
Snell & Wilmer
600 Anton Blvd
Ste 1400
Costa Mesa, CA 92626-7689

Prestige Default Services, LLC
1920 Old Tustin Ave.
Santa Ana, CA 92705-7811

United States Trustee (LA)  ECF
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Thomas B Ure  ECF
Ure Law Firm
8280 Florence Avenue
Suite 200
Downey, CA 90240-3963


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


L.A. County Tax Collector
Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA 90051-0110

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Fay Servicing
1601 LBJ Freeway Suite 150
Farmers Branch, TX 75234


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Courtesy NEF

End of Label Matrix
Mailable recipients    16
Bypassed recipients     1
Total                  17