Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**Thomas B. Ure**
**8280 Florence Avenue, Suite 200**
**Downey, CA 90240**
**213-202-6070 Fax:  213-202-6075**
**170492 CA**
**tom@urelawfirm.com**

FOR COURT USE ONLY

☐ Respondent appearing without attorney
☑ Attorney for Respondent:

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**MLM OREGON, LLC**

CASE NO.: **2:26-bk-12319-BB**

CHAPTER: **11**

### RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT

DATE:  **07/21/2026**
TIME:  **10:00 a.m.**
COURTROOM:  **1539**
PLACE:

Debtor(s).

**Movant:**    **U.S. Bank Trust Company, National Association, nit in its individual capacity, but solely as trustee on behalf of PRPM 2024-NQM2 Trust, its successors and/or assignees**

**Respondent:**    ☑ Debtor    ☐ trustee    ☐ other:

NOTE REGARDING FILING AND SERVICE OF RESPONSE, EXHIBITS AND DECLARATIONS:
A copy of the Response, exhibit(s) and declaration(s) must be served upon:
(1) Movant's attorney (or Movant, if Movant does not have an attorney);
(2) the trustee; and
(3) the judge who presides over this bankruptcy case.
Then the document must be filed with the court.

1. ☐ **NONOPPOSITION**

The Respondent does not oppose the granting of the Motion.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

2. ☐ **LIMITED OPPOSITION**

   a. ☐ Respondent opposes the Motion only to the extent that it seeks immediate relief from stay. Respondent requests that no lock out, foreclosure, or repossession take place before (*date*):_____ and the reason for this request is (*specify*):

   b. ☐ As set forth in the attached declaration of the Respondent or the Debtor, the motion is opposed only to the extent that it seeks a specific finding that the Debtor was involved in a scheme to hinder, delay or defraud creditors.

     The Debtor:
     (1) ☐ has no knowledge of the Property.
     (2) ☐ has no interest in the Property.
     (3) ☐ has no actual possession of the Property.
     (4) ☐ was not involved in the transfer of the Property.

   c. ☐ Respondent opposes the Motion and will request a continuance of the hearing since there is an application for a loan modification under consideration at this time. Evidence of a pending loan modification is attached as Exhibit _____.

3. ☑ **OPPOSITION** The Respondent opposes granting of the Motion for the reasons set forth below.

   a. ☐ The Motion was not properly served (*specify*):

     (1) ☐ Not all of the required parties were served.
     (2) ☐ There was insufficient notice of the hearing.
     (3) ☐ An incorrect address for service of the Motion was used for (*specify*):

   b. ☑ Respondent disputes the allegations/evidence contained in the Motion and contends as follows:
     (1) ☑ The value of the Property is $__5,000,000.00__ , based upon (*specify*): **Managing members personal knowledge and prior appraisal.**
     (2) ☐ Total amount of debt (loans) on the Property is $_____.
     (3) ☐ More payments have been made to Movant than the Motion accounts for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit _____.
     (4) ☐ There is a loan modification agreement in effect that lowered the amount of the monthly payments. A true and correct copy of the loan modification agreement is attached as Exhibit _____.
     (5) ☑ The Property is necessary for an effective reorganization. Respondent filed or intends to file a plan of reorganization that requires use of the Property. A true and correct copy of the plan is attached as Exhibit _____.
     (6) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments are current. A true and correct copy of the chapter 13 plan is attached as Exhibit _____ and proof that the plan payments are current through the chapter 13 trustee is attached as Exhibit _____.
     (7) ☐ The Property is insured. Evidence of current insurance is attached as Exhibit _____.
     (8) ☐ Movant's description of the status of the unlawful detainer proceeding is not accurate.
     (9) ☐ Respondent denies that this bankruptcy case was filed in bad faith.
     (10) ☐ The Debtor will be prejudiced if the Nonbankruptcy Action is allowed to continue the nonbankruptcy forum.
     (11) ☑ Other (*specify*): **Movant failed to comply with Local Bankruptcy Rule 9011-1(b)(4). The declarations of the real estate agent Brooke Geaney in support of the Motion has a software generated signatures without an accompanying declaration of an attorney that signatures had been orally verified.**

   c. ☑ Respondent asserts the following as shown in the declaration(s) filed with this Response:

     (1) ☐ The bankruptcy case was converted from chapter _____ to chapter _____.
     (2) ☐ All postpetition arrearages will be cured by the hearing date on this motion.
     (3) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments ☐ are current, or ☐ will be cured by the hearing date on this motion.
     (4) ☑ The Debtor has equity in the Property in the amount of $**2,222,503.00**.
     (5) ☑ Movant has an equity cushion of $ **2,553,288.50** or **50** % which is sufficient to provide adequate protection.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

(6) ☑ The Property is necessary for an effective reorganization because (*specify*): **Debtor intents to refinance property as part of its reorganization.**
(7) ☐ The motion should be denied because (*specify*):
(8) ☐ An optional memorandum of points and authorities is attached in support of this Response.

4. **EVIDENCE TO AUTHENTICATE EXHIBITS AND TO SUPPORT FACTS INSERTED IN THE RESPONSE:**

Attached are the following documents in support of this Response:

☐ Declaration by the Debtor      ☐ Declaration by the Debtor's attorney
☐ Declaration by trustee      ☐ Declaration by trustee's attorney
☐ Declaration by appraiser      ☑ Other (*specify*): **Declaration of Debtor's managing member.**

Date:    **07/07/2026**

**Ure Law Firm**
Printed name of law firm for Respondent (if applicable)

**Thomas B. Ure**
Printed name of individual Respondent or attorney for Respondent

**/s/ Thomas B. Ure**
Signature of individual Respondent or attorney for Respondent

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*      Page 3      **F 4001-1.RFS.RESPONSE**

## **DECLARATION OF MARVIN MARKOWITZ**

I, Marvin Markowitz, declare:

1.      I am the managing member of Debtor in this pending Chapter 11 case.  As such, I have personal knowledge of the facts stated herein, and if called upon to testify thereto, I could and would do so competently and truthfully.

2.      This declaration is in support of the Response to Motion Regarding the Automatic Stay filed by U.S. Bank Trust Company, N.A. ("Movant") related to the real property located at 15985 N. Applegate Rd., Grants Pass, OR 97527 (referred to as the "Property").

3.      The motion alleges that Movant's interest in the Property is not protected by an adequate equity cushion and the Property has no equity and is not necessary for an effective reorganization.

**ADEQUATE PROTECTION**

4.      Based on my familiarity of the property, its current condition and the values of homes in the area, I believe the Property has a current value of $5,000,000.00.  I have ordered an appraisal and expect to have it by the end of the week.  The last appraisal that was conducted was in January 2023 with a value of $3,100,000.00.  Based on improvements to the Property as well as general market appreciation, I believe the value now to be closer to $5,000,000.00.

5.      Movant's only evidence of value is a Broker's Price Opinion which I do not believe is accurate.  Movant has requested access to the Property so that it can obtain an appraisal.  The appointment is scheduled for tomorrow, July 8, 2026.

6.      The Motion asserts that Movant has a balance of $2,446,711.53 and, therefore, I believe Movant is protected by an adequate equity cushion of over $2,500,000.00.

**THE PROPERTY HAS EQUITY AND IS NECESSARY FOR DEBTOR'S REORGANIZATION**

7.      Based on the above valuation of $5,000,000.00 and the total liens of $2,777,496.75 (per Motion), I believe the Property has equity.

8.      In addition, Debtor intends to refinance the Property and, therefore, it is necessary for the effective reorganization.  The Property is Debtor's main asset.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct and that this Declaration is executed on this 7th day of July 2026 at Beverly

Hills, California.

_____
Marvin Markowitz
Managing Member of Debtor

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**8280 Florence Avenue, Suite 200**
**Downey, CA 90240**

A true and correct copy of the foregoing document entitled (*specify*):  __**RESPONSE TO MOTION REGARDING THE AUTOMATIC**__ __**STAY AND DECLARATION(S) IN SUPPORT**__   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __07/07/2026__ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Nicholas S Couchot on behalf of Creditor Golden State Bank**
ncouchot@swlaw.com

**Shannon A Doyle on behalf of Creditor U.S. Bank Trust Company, National Association, not in its individual capacity, but solely as trustee on behalf of PRPM 2024-NQM2 Trust**
sdoyle@ghidottiberger.com, bknotifications@ghidottiberger.com

**Shannon A Doyle on behalf of Interested Party Courtesy NEF**
sdoyle@ghidottiberger.com, bknotifications@ghidottiberger.com

**Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)**
kelly.l.morrison@usdoj.gov

**Joshua K Partington on behalf of Creditor Golden State Bank**
jpartington@swlaw.com, mlinker@swlaw.com

**United States Trustee (LA)**
ustpregion16.la.ecf@usdoj.gov

**Thomas B Ure on behalf of Debtor MLM OREGON, LLC**
tom@urelawfirm.com, urelawfirm@jubileebk.net;tom@ecf.courtdrive.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) __07/07/2026__ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge: Hon. Sheri Bluebond, United States Bankruptcy Court, Edward R. Roybal Federal Building and Courthouse,**
**255 E. Temple Street, Suite 1534 / Courtroom 1539, Los Angeles, CA 90012**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 07/07/2026 | **Yolanda Segura** | /s/ Yolanda Segura |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                         Page 4                                         **F 4001-1.RFS.RESPONSE**