Shannon Doyle, Esq. (207291)
GHIDOTTI | BERGER, LLP
1920 Old Tustin Ave
Santa Ana, CA 92705
Tel: (949) 427-2010, Ex 1058
sdoyle@ghidottiberger.com

Attorneys for Movant
U.S. Bank Trust Company, National Association, not in its individual capacity, but solely as trustee on behalf of PRPM 2024-NQM2 Trust, it successors and/or assignees

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>MLM Oregon LLC,<br><br>      Debtor. | Case No.: 2:26-bk-12319-BB<br><br>Chapter 11<br><br>**AMENDED REPLY TO DEBTOR'S AND GOLDEN STATE BANK'S OPPOSITION TO MOTION FOR RELIEF FROM STAY**<br><br>DATE:  July 21, 2026<br>TIME:. 10:00 a.m.<br>CTRM: 1539 |

U.S. Bank Trust Company, National Association, not in its individual capacity, but solely as trustee on behalf of PRPM 2024-NQM2 Trust, it successors and/or assignees ("Movant") hereby respectfully responds to the Debtor's Opposition to Movant's Motion for Relief from the Automatic Stay ("Motion") as follows:

///

///

///

1
REPLY IN SUPPORT OF MOTION FOR RELIEF FROM STAY

## A.    MOVANT IS ENTITLED TO RELIEF FROM STAY BECAUSE ITS EXISTING EQUITY CUSHION IS BEING CONTINUOUSLY ERODED AND THE DEBTOR HAS NOT DEMONSTRATED THE ABILITY TO PROVIDE ADEQUATE PROTECTION

Both MLM Oregon (the "Debtor) and Golden State Bank ("GSB"), the junior lienholder (collectively the "Parties") filed oppositions to Movant's Motion essentially raising the sole issue of value. Currently, the evidence relied upon by the parties is an appraisal dated January 2023 evidencing a value of $3,100,000.00. The debtor's "guess" of $5M is nothing more than wishful thinking and, in fact, a more recent appraisal dated May 5, 2026, evidences a decline in value to $3,000,000.00. (See **Exhibit "1"**). To that end, Movant argues that even if the value is $3M, it is still not adequately protected. Further, Debtor has not demonstrated an ability to make payments or offer any meaningful protection to Movant.

The Debtor contends that the existence of an equity cushion, standing alone, adequately protects Movant and warrants continuation of the automatic stay. That position ignores both the continuing deterioration of Movant's secured position and the Debtor's obligation to demonstrate that Movant will remain adequately protected while being prevented from exercising its state-law remedies.

The Ninth Circuit has recognized that an equity cushion may, under appropriate circumstances, constitute adequate protection because it serves to "shield [the creditor's] interest from loss due to any decrease in the value of the property during the time the automatic stay remains in effect." *In re Mellor*, 734 F.2d 1396, (9th Cir. 1984). But *Mellor* does not hold that the mere existence of positive equity automatically establishes adequate protection. The Ninth Circuit defines an equity cushion by reference to its protective function: it is the value available

REPLY IN SUPPORT OF MOTION FOR RELIEF FROM STAY

to shield the secured creditor from loss while its state-law remedies are stayed. *Id.* at 1400 n.2. A cushion that is progressively diminishing because the secured obligation is increasing faster than the collateral is appreciating provides materially less protection with each passing month.

More importantly, Movant's purported equity cushion is not static. The secured indebtedness continues to increase by $556.34 per day, approximately $16,922.00 per month, and more than $203,000.00 per year from interest alone. At that rate, the Property—valued at $3M million—would have to appreciate approximately 6.7% annually merely to offset the continuing increase in Movant's secured claim and prevent further erosion of the existing cushion.

There is no evidence of appreciation approaching that level.  In fact, current market indicators indicate a much slower and/or declining appreciation rate.  Zillow reports approximately 1% year-over-year growth in typical home values (see **Exhibit 2"**), while Redfin reports a 3.7% year-over-year decline in median sale prices for the recent reporting period (See **Exhibit "3"**). Although the methodologies differ, both measures indicate market performance substantially below the approximate 6% annual appreciation necessary merely to offset the continuing accrual of Movant's claim.

Even accepting the market indicator most favorable to the Debtor, a 1% annual increase in the value of a $3M million Property would amount to approximately $30,000.00 per year. During that same period, Movant's claim would increase by approximately $203,000.00 from interest alone—a difference of approximately $173,000.00 annually. Thus, even under assumptions favorable to the Debtor, Movant's secured position continues to deteriorate while the automatic stay prevents it from exercising its remedies.

REPLY IN SUPPORT OF MOTION FOR RELIEF FROM STAY

Nor should the Court deny relief based upon the theoretical possibility that the Debtor could provide adequate protection payments at some point in the future. The relevant question is whether Movant is adequately protected now and whether the Debtor has demonstrated a reliable and feasible means of protecting Movant going forward. The Debtor has failed to make the required payments and has not demonstrated an ability to make payments sufficient to prevent the continuing erosion of Movant's secured position.

The Debtor cannot indefinitely retain the benefits of the automatic stay based upon a diminishing equity cushion while the secured debt increases by more than $16,900.00 each month. Each month that relief is delayed materially reduces the protection available to the Movant and transfers the economic risk of the Debtor's inability to perform to Movant.

Under these circumstances, an order merely requiring future adequate protection payments does not cure the existing lack of adequate protection where the Debtor has not demonstrated the financial ability to perform such an obligation. Movant should not be compelled to accept another promise of future performance as a substitute for the protection to which it is presently entitled. The continuing nonpayment, substantial monthly accrual of the secured indebtedness, relatively modest and declining equity cushion, absence of market appreciation sufficient to offset that erosion, and lack of demonstrated ability to provide a sustainable form of adequate protection collectively constitute cause for relief from the automatic stay under 11 U.S.C. § 362(d)(1).

Accordingly, the Court should grant Movant relief from the automatic stay and permit it to exercise its rights and remedies with respect to the Property.

///

///

4

REPLY IN SUPPORT OF MOTION FOR RELIEF FROM STAY

**B.  <u>IN THE ALTERNATIVE, IF THE COURT DECLINES TO GRANT IMMEDIATE RELIEF FROM STAY, MOVANT REQUESTS THAT THE COURT ORDER ADEQUATE PROTECTION PAYMENTS</u>**

In the alternative, Movant requests that the Court condition continuation of the automatic stay upon the debtor providing adequate protection, including the immediate commencement of monthly adequate protection payments in an amount sufficient to meaningfully protect Movant against the continuing erosion of its secured position, together with a strict default provision permitting termination of the automatic stay upon the Debtor's failure to timely make any required payment.

The Debtor's Opposition asserts that he intends to refinance the subject loan. That assertion, however, only underscores the need for adequate protection in the interim. If the Debtor has sufficient financial resources and income to qualify for and service a refinance of the existing indebtedness, then he should likewise have the present ability to make payments necessary to protect Movant's interest while the automatic stay remains in effect. Conversely, if the Debtor lacks the financial ability to make any payments now, his stated intention to refinance is speculative and provides no meaningful assurance that a refinance is realistically achievable. The Debtor should not be permitted to maintain the protection of the automatic stay indefinitely based upon the mere prospect of a future refinance while making no payments and allowing Movant's secured position to continue to deteriorate.

Any such alternative relief should require the Debtor to cure all outstanding postpetition adequate protection obligations, remain current on all future adequate protection payments, and provide Movant with appropriate relief upon default without the necessity of filing and prosecuting a new motion for relief from stay.  Movant should not be required to incur additional

REPLY IN SUPPORT OF MOTION FOR RELIEF FROM STAY

delay and expense to obtain relief if the Debtor is unable to perform the very payment obligations upon which continuation of the stay is conditioned.

## C.  **RELIEF IS INDEPENDENTLY WARRANTED UNDER 11 U.S.C. §362(d)(2)**

Relief from stay is independently warranted under 11 U.S.C. § 362(d)(2). Accepting the appraised value of $3M, the Property is encumbered by a first-priority lien of approximately $2,429,467.37 and a second-priority lien of approximately $335,145.12, totaling $2,764,612.49. This leaves only $235,387.51 in gross equity before accounting for the costs of sale. Once customary costs of sale are deducted, there is no equity in the Property for purposes of § 362(d)(2).

Because there is no equity in the Property, the burden shifts to the Debtor to demonstrate that the Property is necessary to an effective reorganization. It is not sufficient for the Debtor merely to assert that he intends to refinance the Property at some unidentified point in the future. Rather, the Debtor must demonstrate that an effective reorganization is "in prospect" and establish a reasonable possibility of a successful reorganization within a reasonable time. *United Sav. Ass'n of Tex. v. Timbers of Inwood Forest Assocs., Ltd.*, 484 U.S. 365, 375–76 (1988).

Here, the Debtor's stated intention to refinance, without evidence demonstrating the financial ability to obtain or service such financing, is entirely speculative. The Debtor has not identified a committed lender, produced a term sheet or financing commitment, or otherwise demonstrated that a refinance is reasonably achievable. Moreover, the Debtor's failure to make payments on the existing indebtedness directly undermines his assertion that a refinance provides a realistic path to reorganization. If the Debtor has sufficient income and financial resources to qualify for and service a refinance of the existing indebtedness, he should be able to demonstrate the present ability to make payments. Conversely, if he lacks the ability to make payments now,

REPLY IN SUPPORT OF MOTION FOR RELIEF FROM STAY

his unsupported assertion that he will obtain replacement financing does not establish that an effective reorganization is realistically in prospect.

Accordingly, where there is no equity in the Property and the Debtor has failed to present competent evidence establishing a realistic and financially feasible path to refinance the secured indebtedness within a reasonable period of time, the Property has not been shown to be necessary to an effective reorganization. Relief from the automatic stay is therefore warranted under 11 U.S.C. § 362(d)(2).

Dated: July 15, 2026

GHIDOTTI | BERGER, LLC

/s/ Shannon Doyle
Shannon Doyle, esq.
Counsel for Movant

7

REPLY IN SUPPORT OF MOTION FOR RELIEF FROM STAY

# Exhibit 1

Case 2:26-bk-12319-BB    Doc 38    Filed 07/15/26    Entered 07/15/26 17:17:52    Desc
The Appraisal Company of Southern Oregon
Main Document    Page 9 of 61

Page # 1

# INVOICE

**FROM:**

Appraisal Company of Southern Oregon, PC
PO Box 2005
Grants Pass, OR 97528-0171

**Telephone Number:** (541) 479-0783        **Fax Number:** acsopc@gmail.com

| INVOICE NUMBER |
| --- |
| 15985-Markowitz |

| DATE |
| --- |
| June 10, 2026 |

| REFERENCE |
| --- |

**Internal Order #:**
**Lender Case #:**
**Client File #:**
**Main File # on form:**
**Other File # on form:**
**Federal Tax ID:** ███████
**Employer ID:**

**TO:**

Marvin Markowitz

,

**Telephone Number:** ███████        **Fax Number:**
**Alternate Number:**        **E-Mail:** ███████

## DESCRIPTION

**Lender:** n/a        **Client:** Marvin Markowitz
**Purchaser/Borrower:** n/a
**Property Address:** 15985 N Applegate Rd
**City:** Grants Pass
**County:** Jackson        **State:** OR        **Zip:** 97527
**Legal Description:** See attached copy of full legal description

| FEES | AMOUNT |
| --- | --- |
| Appraisal Report | 950.00 |
| **SUBTOTAL** | 950.00 |

| PAYMENTS | AMOUNT |
| --- | --- |
| **Check #:**    **Date:**    **Description:** | |
| **Check #:**    **Date:**    **Description:** | |
| **Check #:**    **Date:**    **Description:** | |
| **SUBTOTAL** | |
| **TOTAL DUE**  $ | 950.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please Return This Portion With Your Payment

**FROM:**

Marvin Markowitz

,

**Telephone Number:** ███████9        **Fax Number:**
**Alternate Number:**        **E-Mail:** ███████

**AMOUNT DUE:**        $        950.00
**AMOUNT ENCLOSED:**    $

| INVOICE NUMBER |
| --- |
| 15985-Markowitz |

| DATE |
| --- |
| June 10, 2026 |

| REFERENCE |
| --- |

**Internal Order #:**
**Lender Case #:**
**Client File #:**
**Main File # on form:**
**Other File # on form:**
**Federal Tax ID:** ███████
**Employer ID:**

**TO:**

Appraisal Company of Southern Oregon, PC
PO Box 2005
Grants Pass, OR 97528-0171

Form NIV1 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# APPRAISAL REPORT



## LOCATED AT

15985 N Applegate Rd
Grants Pass, OR 97527
See attached copy of full legal description

## FOR

n/a

## OPINION OF VALUE

3,000,000

## AS OF

05/05/2026

## BY

Garrett Pottmeyer, SRA
Appraisal Company of Southern Oregon, PC
P.O. Box 2005
Grants Pass, OR 97528
541 479-0783
acsopc@gmail.com

## SUMMARY OF SALIENT FEATURES
## & OPINION OF VALUE

File No.:

**SALIENT FEATURES**

| | |
|---|---|
| Location of Subject Property: | 15985 N Applegate Rd<br>Grants Pass, OR 97527 |
| Asset Name/Identification: | |
| Legal Description: | See attached copy of full legal description |
| Parcel ID #(s): | Tax Acct # 1-080009-9, 1-076970-9 |
| Map Reference: | 38-04-08 TL 705, 707 |
| Current Owner of Record: | Mlm Oregon LLC, Libby Markowitz |
| Occupant: | Owner; 2nd Home |
| Site: | See plat. |
| Description of the Improvements: | See narrative page. |
| Zoning Classification: | EFU |
| Zoning Description: | Exclusive Farm Use - 80 acre lot size minimum |
| Highest & Best Use: | Single Unit Residential |
| Real Estate Taxes: | $ 22,178 |
| Tax Year: | 2025 |
| Date of Inspection: | 05/05/2026 |
| Date of Signature & Report: | 06/10/2026 |

**OPINION OF VALUE**

| APPROACH TO VALUE | INDICATION OF VALUE |
|---|---|
| Cost Approach: | $ |
| Income Approach: | $ |
| Sales Comparison Approach: | $ 3,000,000 |
| Total Site Value: | $ |
| Personal Property/Non-Realty Interests (if included): | $ |
| Appraiser's Opinion of Value (as defined): | $ 3,000,000 |
| Effective Date of Appraisal ('As Of'): | 05/05/2026 |

**APPRAISAL STAFF**

Appraisal Company of Southern Oregon, PC
Garrett Pottmeyer, SRA
SRA
Certification #: CR00581
State: OR      Expires: 10/31/2026
acsopc@gmail.com

The Appraisal Company of Southern Oregon

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.:

## SUBJECT

| | |
|---|---|
| Property Address: 15985 N Applegate Rd | City: Grants Pass  State: OR  Zip Code: 97527 |

County: Jackson  Legal Description: See attached copy of full legal description

Assessor's Parcel #: Tax Acct # 1-080009-9, 1-076970-9

Tax Year: 2025  R.E. Taxes: $ 22,178  Special Assessments: $ 156  Borrower (if applicable): n/a

Current Owner of Record: Mlm Oregon LLC, Libby Markowitz  Occupant: ☒ Owner  ☐ Tenant  ☐ Vacant  ☐ Manufactured Housing

Project Type: ☐ PUD  ☐ Condominium  ☐ Cooperative  ☐ Other (describe)  HOA: $ 0  ☐ per year  ☐ per month

Market Area Name: Applegate Valley  Map Reference: 38-04-08 TL 705, 707  Census Tract: 0030.02

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date)  ☐ Retrospective  ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach  ☐ Cost Approach  ☐ Income Approach  (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple  ☐ Leasehold  ☐ Leased Fee  ☐ Other (describe)

Intended Use: Valuation of asset.

Intended User(s) (by name or type): Non-lender

Client: Marvin Markowitz  Address:

Appraiser: Garrett Pottmeyer, SRA  Address: P.O. Box 2005, Grants Pass, OR 97528

## MARKET AREA DESCRIPTION

| Location: | ☐ Urban | ☐ Suburban | ☒ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | | Change in Land Use | |
|---|---|---|---|---|---|---|---|---|---|---|
| Built up: | ☐ Over 75% | ☒ 25-75% | ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit | 50 % | ☒ Not Likely | |
| Growth rate: | ☐ Rapid | ☒ Stable | ☐ Slow | ☒ Owner | | | 2-4 Unit | 0 % | ☐ Likely * | ☐ In Process * |
| Property values: | ☐ Increasing | ☒ Stable | ☐ Declining | ☐ Tenant | 175 Low | 1 | Multi-Unit | 0 % | * To: | |
| Demand/supply: | ☐ Shortage | ☒ In Balance | ☐ Over Supply | ☒ Vacant (0-5%) | 1,250 High | 120 | Comm'l | 0 % | | |
| Marketing time: | ☐ Under 3 Mos. | ☒ 3-6 Mos. | ☐ Over 6 Mos. | ☐ Vacant (>5%) | 450 Pred | 45 | Other | 50 % | | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): Bounded on the east by BLM land, on the north by the city of Jacksonville, on the south by the Oregon - California border and on the west by the town of Williams.

Please see the attached addendum.

## SITE DESCRIPTION

Dimensions: See Plat Map  Site Area: 27.44 ac

Zoning Classification: EFU  Description: Exclusive Farm Use - 80 acre lot size minimum

Zoning Compliance: ☐ Legal  ☒ Legal nonconforming (grandfathered)  ☐ Illegal  ☐ No zoning

Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown  Have the documents been reviewed? ☐ Yes ☒ No  Ground Rent (if applicable) $ /

Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: Residential  Use as appraised in this report: Residential

Summary of Highest & Best Use: see addendum.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Rolling |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | Asphalt | ☒ | ☐ | Size | Large for area |
| Gas | ☐ | ☒ | Propane | Curb/Gutter | | ☐ | ☐ | Shape | Irregular |
| Water | ☐ | ☒ | Well / private | Sidewalk | | ☐ | ☐ | Drainage | Appears adequate |
| Sanitary Sewer | ☐ | ☒ | Septic | Street Lights | | ☐ | ☐ | View | Pastoral |
| Storm Sewer | ☐ | ☐ | | Alley | None | ☐ | ☐ | | |

Other site elements: ☒ Inside Lot  ☐ Corner Lot  ☐ Cul de Sac  ☐ Underground Utilities  ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 41029C1914F  FEMA Map Date 05/03/2011

Site Comments: There are no apparent adverse easements, encroachments, or other conditions uncommon to the area.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement | ☐ None | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1  ☒ Acc.Unit | Foundation | CB | Slab | No | Area Sq. Ft. | 201 | Type | HP |
| # of Stories | 1.5 | Exterior Walls | Rck,Stcco | Crawl Space | Yes | % Finished | 100 | Fuel | Electric |
| Type ☒ Det. ☐ Att. ☐ | | Roof Surface | Arch cmp | Basement | No | Ceiling | | | |
| Design (Style) | DT1.5;Lodge | Gutters & Dwnspts. | Metal | Sump Pump | ☐ None noted | Walls | | Cooling | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | Viny | Dampness | ☐ None noted | Floor | | Central | yes |
| Actual Age (Yrs.) | 29 | Storm/Screens | DP | Settlement | None noted | Outside Entry | | Other | |
| Effective Age (Yrs.) | 8 | Metal/Good-Vg | | Infestation | None noted | | | | |

| Interior Description | | Appliances | | Attic | ☐ None | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Hardwd,Carpet | Refrigerator | ☒ | Stairs | ☐ | Fireplace(s) # 3  Woodstove(s) # 1 | | Garage # of cars ( 9 Tot.) | |
| Walls | DW | Range/Oven | ☒ | Drop Stair | ☐ | Patio stone | | Attach. 3 | |
| Trim/Finish | Wood | Disposal | ☒ | Scuttle | ☒ | Deck | | Detach. | |
| Bath Floor | Tile | Dishwasher | ☒ | Doorway | ☐ | Porch concrete | | Blt.-In | |
| Bath Wainscot | Granite | Fan/Hood | ☐ | Floor | ☐ | Fence | | Carport 2 | |
| Doors | solid core | Microwave | ☐ | Heated | ☐ | Pool | | Driveway 4 | |
| | | Washer/Dryer | ☐ | Finished | ☐ | | | Surface Asphalt | |

Finished area **above** grade contains: 10 Rooms  5 Bedrooms  4.1 Bath(s)  6,260 Square Feet of Gross Living Area Above Grade

Additional features: The subject is a completely custom multi story home which includes large and numerous amenities such as a shop, ADU, vineyard, paved driveway, gated entry, and river frontage along the Applegate w/ water rights.

Describe the condition of the property (including physical, functional and external obsolescence): No updates in the prior 15 years;The subject is of very good design appeal, very good quality construction and finish, and is in good to very good overall condition. There was no functional obsolescence noted at the time of inspection. Normal physical deterioration for the effective age of the improvements was noted.

GP RESIDENTIAL

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.:

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

**TRANSFER HISTORY**

Data Source(s):   Public Records & Multiple Listing Service

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing:   All data is taken from either public |
|---|---|
| Date: | records, 1st parties to each comparable sale, respectively, or the MLS.  All information taken from the |
| Price: | MLS is assumed to be correct and is compared against the assessor's records for accuracy.  Often newly |
| Source(s): Public Records & MLS | recorded information cannot be obtained from the online data source as there is a lag time between |
| 2nd Prior Subject Sale/Transfer | receiving the information to its posting online.  This process can take up to four weeks from the date of |
| Date: | sale.  All sale dates used above are taken from each comparables' MLS listing, unless otherwise noted. |
| Price: | |
| Source(s): | |

**SALES COMPARISON APPROACH TO VALUE (if developed)**      ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 15985 N Applegate Rd Grants Pass, OR 97527 | 4425 Campbell Rd Phoenix, OR 97535 | | 245 Majestic Ln Ashland, OR 97520 | | 2918 W Griffin Creek Rd Medford, OR 97501 | |
| Proximity to Subject | | 20.52 miles E | | 28.47 miles E | | 15.14 miles E | |
| Sale Price | $ | $ 2,500,000 | | $ 3,100,000 | | $ 1,770,000 | |
| Sale Price/GLA | $ /sq.ft. | $ 459.31 /sq.ft. | | $ 769.42 /sq.ft. | | $ 367.07 /sq.ft. | |
| Data Source(s) | Inspection | Insp/FMLS#220204939;DOM 26 | | FMLS#220180611;DOM 510 | | Insp/FMLS#220174062;DOM:210 | |
| Verification Source(s) | Tax Records | Tax Records/Doc.# 25-23060 | | Tax Records/Doc.# 25-27531 | | Tax Records/Doc.# 24-15451 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | | ArmLth | 0 | ArmLth | 0 | ArmLth | 0 |
| Concessions | | Conv;37500 | -37,500 | Conv;0 | 0 | Conv;0 | 0 |
| Date of Sale/Time | | s10/25;c07/25 | 0 | s12/25;c10/25 | 0 | s07/24;c06/24 | 0 |
| Rights Appraised | Fee Simple | Fee Simple | | Fee simple | | Fee Simple | |
| Location | B;WtrFr;River | N;Res | +100,000 | N;Res;Ashland | -520,000 | N;Res; | +100,000 |
| Site | 27.44 ac | 25.05 ac | +4,780 | 39.10 ac | -23,320 | 40.18 ac | -25,300 |
| View | Pastoral | B;Pstrl;Mtn | -50,000 | B;Pstrl;Mtn | -25,000 | B;Mtn;Valley | -25,000 |
| Design (Style) | DT1.5;Lodge | DT2;Medit. | 0 | DT1;Modern | 0 | DT1;Modern | 0 |
| Quality of Construction | Very Good | Excellent | -245,565 | Excellent | -102,780 | Good/Very Good | +144,660 |
| Age | 29 | 20 | 0 | 3 | -26,000 | 16 | -13,000 |
| Condition | Good / Very Good | Good / Very Good | | Very Good / New | -179,865 | Good/pet damage | +144,660 |
| Above Grade Room Count | Total / Bdrms / Baths 10 / 5 / 4.1 | Total / Bdrms / Baths 10 / 4 / 4.0 | +10,000 | Total / Bdrms / Baths 10 / 3 / 4.1 | 0 | Total / Bdrms / Baths 5 / 3 / 3.1 | +15,000 |
| Gross Living Area | 6,260 sq.ft. | 5,443 sq.ft. | +122,550 | 4,029 sq.ft. | +334,650 | 4,822 sq.ft. | +215,700 |
| Basement & Finished Rooms Below Grade | 201sf201sfwo 0rr0br0.1ba0o | 140sf140sfin 0rr0br0.0ba1o | +9,150 +8,000 | 1020sf1020sfwo 1rr1br1.0ba1o | -122,850 -4,000 | 0sf | +30,150 +8,000 |
| Functional Utility | Good | Similar | 0 | Similar | 0 | Similar | 0 |
| Heating/Cooling | FAU / AC | HP / AC | 0 | HP / AC | 0 | Ductless / AC | 0 |
| Energy Efficient Items | Geoth/Solar | Geothermal | +36,000 | Solar | +6,000 | Solar | +6,000 |
| Garage/Carport | 3ga2cp4dw | 3ga4dw | +7,000 | 2ga4dw | +17,000 | 2ga4dw | +17,000 |
| Porch/Patio/Deck | Prch,patio,dck | Porch, patio | 0 | Porch, patio | 0 | Porch, deck | 0 |
| Amenities | 2540sf ADU | 501sf ADU | +203,900 | Outdoor Kitchen | +239,000 | 360Finbldg, finarea | +218,000 |
| Outbuilding, amenities, etc. | 10056sf gar/shp | Ingrnd pool&spa | +261,680 | RV hookup, spa | +294,180 | 2Grnhs/1656barn | +200,680 |
| Amenities (continued) | 1299sf Gst Qrtrs | 1296sf barn | +45,510 | None | +64,950 | 909sf shop w/ upp | +37,680 |
| Amenities | 580sf Fin.bldg | Landscaping | +9,000 | None | +29,000 | Indoor Pool | -15,000 |
| Amenities | 3ac vine,15.5wtr rt | 20ac wtr rts | +22,500 | ~29.5ac TID | +34,000 | 20ac wtr rts | +22,500 |
| Net Adjustment (Total) | | ☒ + ☐ - $ | 507,005 | ☒ + ☐ - $ | 14,965 | ☒ + ☐ - $ | 1,081,730 |
| Adjusted Sale Price of Comparables | | Net 20.3 % Gross 46.9 % $ | 3,007,005 | Net 0.5 % Gross 65.2 % $ | 3,114,965 | Net 61.1 % Gross 70.0 % $ | 2,851,730 |

Summary of Sales Comparison Approach      Please see the attached addendum following the report form.

**Indicated Value by Sales Comparison Approach $**      3,000,000



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# RESIDENTIAL APPRAISAL SUMMARY REPORT

**File No.:**

## COST APPROACH

**COST APPROACH TO VALUE (if developed)**    ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ |
|---|---|---|---|
| Source of cost data: | DWELLING | Sq.Ft. @ $ | =$ |
| Quality rating from cost service:    Effective date of cost data: | | Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | Sq.Ft. @ $ | =$ |
| | | Sq.Ft. @ $ | =$ |
| | | Sq.Ft. @ $ | =$ |
| | | | =$ |
| | Garage/Carport | Sq.Ft. @ $ | =$ |
| | Total Estimate of Cost-New | | =$ |
| | Less    Physical | Functional | External |
| | Depreciation | | =$( ) |
| | Depreciated Cost of Improvements | | =$ |
| | "As-is" Value of Site Improvements | | =$ |
| | | | =$ |
| | | | =$ |
| Estimated Remaining Economic Life (if required): ___ Years | INDICATED VALUE BY COST APPROACH | | = $ |

## INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)**    ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ ___ X Gross Rent Multiplier ___ = $ ___    **Indicated Value by Income Approach**

Summary of Income Approach (including support for market rent and GRM):

## PUD

**PROJECT INFORMATION FOR PUDs (if applicable)**    ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $    3,000,000    Cost Approach (if developed) $    Income Approach (if developed) $

Final Reconciliation    Please see the attached addendum following the report form.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

**Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $    3,000,000    , as of:    05/05/2026    , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report.  See attached addenda.**

## ATTACHMENTS

A true and complete copy of this report contains ___40___ pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

☐ Scope of Work    ☒ Limiting Cond./Certifications    ☒ Narrative Addendum    ☒ Photograph Addenda    ☒ Sketch Addendum
☒ Map Addenda    ☒ Additional Sales    ☐ Cost Addendum    ☐ Flood Addendum    ☐ Manuf. House Addendum
☐ Hypothetical Conditions    ☐ Extraordinary Assumptions    ☐

Client Contact: ___    Client Name: Marvin Markowitz

E-Mail: ___    Address:

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *(signature)* | |
| Appraiser Name: Garrett Pottmeyer, SRA | Supervisory or Co-Appraiser Name: |
| Company: Appraisal Company of Southern Oregon, PC | Company: |
| Phone: 541 479-0783    Fax: | Phone:    Fax: |
| E-Mail: acsopc@gmail.com | E-Mail: |
| Date of Report (Signature): 06/10/2026 | Date of Report (Signature): |
| License or Certification #: CR00581    State: OR | License or Certification #:    State: |
| Designation: SRA | Designation: |
| Expiration Date of License or Certification: 10/31/2026 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 05/05/2026 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**    Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

# ADDITIONAL COMPARABLE SALES

File No.:

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 15985 N Applegate Rd Grants Pass, OR 97527 | 3998 Little Applegate Rd Jacksonville, OR 97530 | | 84 Placer Hill Dr Jacksonville, OR 97530 | | | |
| Proximity to Subject | | 13.53 miles SE | | 11.78 miles E | | | |
| Sale Price | $ | $ 2,490,000 | | $ 3,495,000 | | $ | |
| Sale Price/GLA | $ /sq.ft. | $ 422.03 /sq.ft. | | $ 766.78 /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | Inspection | FMLS#220219078;DOM 25 | | FMLS#220214293;DOM 407 | | | |
| Verification Source(s) | Tax Records | Tax Records | | Tax Records | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | | Listing | -298,800 | Listing | -419,400 | | |
| Date of Sale/Time | | Active | 0 | Active | 0 | | |
| Rights Appraised | Fee Simple | Fee simple | | Fee simple | | | |
| Location | B;WtrFr;River | B;WtrFr;River | | N;Res;Jacksonville | -599,000 | | |
| Site | 27.44 ac | 24.56 ac | +5,760 | 11.95 ac | +47,080 | | |
| View | Pastoral | B;Mtn;Valley | -25,000 | B;Mtn;Pstrl | -15,000 | | |
| Design (Style) | DT1.5;Lodge | DT2;Lodge | 0 | DT2;Ranch | 0 | | |
| Quality of Construction | Very Good | Good/Very Good | +177,000 | Very Good | | | |
| Age | 29 | 23 | 0 | 8 | -21,000 | | |
| Condition | Good / Very Good | Good / Very Good | +59,000 | Very Good | -129,500 | | |
| Above Grade Room Count | Total 10 / Bdrms 5 / Baths 4.1 | Total 9 / Bdrms 4 / Baths 3.0 | +25,000 | Total 10 / Bdrms 3 / Baths 3.2 | +5,000 | Total / Bdrms / Baths | |
| Gross Living Area | 6,260 sq.ft. | 5,900 sq.ft. | +54,000 | 4,558 sq.ft. | +255,300 | sq.ft. | |
| Basement & Finished Rooms Below Grade | 201sf201sfwo 0rr0br0.1ba0o | 0sf | +30,150 +8,000 | 1917sf1917sfwo 3rr2br1.0ba0o | -257,400 -4,000 | | |
| Functional Utility | Good | Similar | 0 | Similar | 0 | | |
| Heating/Cooling | FAU / AC | HP / AC | 0 | HP / AC | 0 | | |
| Energy Efficient Items | Geoth/Solar | None | +42,000 | Solar | +6,000 | | |
| Garage/Carport | 3ga2cp4dw | 3ga2cp4dw | | 3ga4dw | +7,000 | | |
| Porch/Patio/Deck | Prch,patio,dck | Porch, patio | 0 | Porch, patio | 0 | | |
| Amenities | 2540sf ADU | 938sf MH ADU | +202,410 | 1296sf barn | +234,560 | | |
| Outbuilding, amenities, etc. | 10056sf gar/shp | 2048sf lean to | +286,320 | Inground Pool | +266,680 | | |
| Amenities (continued) | 1299sf Gst Qrtrs | 3584sf barn | +11,190 | Landscaping | +44,950 | | |
| Amenities | 580sf Fin.bldg | 650sf sheds | +20,875 | 456sf Studio | +6,200 | | |
| Amenities | 3ac vine,15.5wtr rt | 13ac wtr rts | +57,500 | None | +122,500 | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 655,405 | ☐ + ☒ - | $ -450,030 | ☐ + ☐ - | $ |
| Adjusted Sale Price of Comparables | | Net 26.3 % Gross 52.3 % | $ 3,145,405 | Net 12.9 % Gross 69.8 % | $ 3,044,970 | Net % Gross % | $ |

Summary of Sales Comparison Approach



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

Form GPRES2.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

**SALES COMPARISON APPROACH**

# Location Map

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 15985 N Applegate Rd | | | | | | |
| City | Grants Pass | County | Jackson | | State | OR | Zip Code | 97527 |
| Lender/Client | n/a | | | | | | |



# Assumptions, Limiting Conditions & Scope of Work

File No.:

| Property Address: | 15985 N Applegate Rd | City: Grants Pass | State: OR | Zip Code: 97527 |
|---|---|---|---|---|
| Client: | Marvin Markowitz | Address: 875 Old Roswell Rd, Roswell, GA 3 | | |
| Appraiser: | Garrett Pottmeyer, SRA | Address: P.O. Box 2005, Grants Pass, OR 97528 | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

– The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis
of it being under responsible ownership.

– The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch
is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

– If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other
data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

– The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

– If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best
use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction
with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance
value, and should not be used as such.

– The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence
of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the
normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any

hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous
wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and

makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any

such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the

appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of
the property.

– The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items
that were furnished by other parties.

– The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

– If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report

and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

– An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the
client does not become a party to the appraiser–client relationship. Any persons receiving this appraisal report because of disclosure requirements
applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

– The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

– An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non–invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence
of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors
are encouraged to engage the appropriate type of expert to investigate.


The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by
the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.


Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE                                                    3/2007

# Certifications

File No.:

| Property Address: | 15985 N Applegate Rd | City: Grants Pass | State: OR | Zip Code: 97527 |
|---|---|---|---|---|
| Client: Marvin Markowitz | | Address: 875 Old Roswell Rd, Roswell, GA 3 | | |
| Appraiser: Garrett Pottmeyer, SRA | | Address: P.O. Box 2005, Grants Pass, OR 97528 | | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:

– The statements of fact contained in this report are true and correct.

– The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by

the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

– I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

– Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three–year period immediately preceding acceptance of this assignment.

– I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

– My engagement in this assignment was not contingent upon developing or reporting predetermined results.

– My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction

in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

– My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

– I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.

– Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

– Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

**DEFINITION OF MARKET VALUE \*:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;

2. Both parties are well informed or well advised and acting in what they consider their own best interests;

3. A reasonable time is allowed for exposure in the open market;

4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS),   and

| Client Contact: | Client Name: Marvin Markowitz |
|---|---|
| E-Mail: | Address: 875 Old Roswell Rd, Roswell, GA 3 |

| SIGNATURES | APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|---|
| | Appraiser Name: Garrett Pottmeyer, SRA | Supervisory or Co-Appraiser Name: |
| | Company: Appraisal Company of Southern Oregon, PC | Company: |
| | Phone: 541 479-0783    Fax: | Phone:    Fax: |
| | E-Mail: acsopc@gmail.com | E-Mail: |
| | Date Report Signed: 06/10/2026 | Date Report Signed: |
| | License or Certification #: CR00581    State: OR | License or Certification #:    State: |
| | Designation: SRA | Designation: |
| | Expiration Date of License or Certification: 10/31/2026 | Expiration Date of License or Certification: |
| | Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None | Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| | Date of Inspection: 05/05/2026 | Date of Inspection: |

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

## Supplemental Addendum

File No.

| Borrower | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15985 N Applegate Rd | | | | | |
| City | Grants Pass | County | Jackson | State | OR | Zip Code | 97527 |
| Lender/Client | n/a | | | | | |

**Neighborhood Boundaries & Description:**

The subject is located in the Applegate Valley which is comprised primarily of single family residences on moderate acreage parcels. Applegate does not have the minimal services Ruch has, and is farther away from the services and conveniences offered when continuing beyond Ruch. The greater surrounding area has relatively low population density, made up primarily of single family residences on moderate acreage, hobby farms and vacant land. Nearby Ruch has very minimal services and conveniences and relies on Jacksonville, 15 miles away, for more services while still limited and Medford (another 15 miles away) past Jacksonville for most services, conveniences, employment, schools and non-commercial properties. There is no large commercial presence in Ruch except for a few independent shops/markets, a grocery store, coffee shop, diner, and a grange. The predominant build for the area is a single family residence on a five acre parcel built in the '70s-'80s, of Q4 quality, in C3 condition and ranging in size from 1800 to 2500 sf. The 'other' box in the neighborhood section of the 1004 refers to vacant residential parcels and BLM forest land. Special assessments for the subject are for the annual fire patrol and are charged yearly. These charges are typical for all homes on acreage.

**Market Conditions & Trends:**

From the Fall of 2018 and into Winter of 2019 the market pace slowed while supply and interest rates increased slightly, which slowed appreciation in most areas. Toward the end of Spring 2019 interest rates dropped which has spurred the market forward, which in turn increased the sales pace and continuation of appreciation. 2020 brought in historically low interest rates, and though the market slowed during the 1st quarter of the pandemic, the remainder of the year in the southern Oregon area included high activity which resulted in the slimmest housing supplies in the last 20 years. Throughout 2022 and 2023 interest rates increased and therefore slowed the pace of the market in general, though many segments, especially those priced under $450,000, continued to have high activity given the increased demand for housing that was still affordable by much of the buyer pool. While this market is deemed as "stable" it is noted that "stable" does not mean "flat", as the southern Oregon area is still experiencing mild appreciation in some of its markets and market segments based on sales trend analyses.

A current supply of homes within Grants Pass reflects a 7.9 month supply of all homes in the 97527 zip code, which is down from three months ago when it was at 8.6 month supply from five months ago when it was at a 10.3 month supply, and down from eight months ago when it was at a 8.9 month supply. The current supply is more in line from a 7.3 month supply taken 16 months ago, up from 19 months ago when noted to be at 4.8 months and up from 26 months ago when there was a 2.6 month supply. Days on market for homes are typically under 60 days on average. The sale to list price ratio has remained fairly consistent above 97% for the entire area. It is noted there was no presence of third party listings accounted for of the closed sales occurring in the last 12 months in this area.

Currently none of all active listings on more than one acre, in the subject's area, zip code 97530, are third party related, ie. REO or short sales.

Seller concession trends over the last 12 months have remained relatively stable, usually within 3% of the respective sale price. In many cases, the concessions are seller paid in favor of the buyer and are used to pay for recurring and non-recurring closing costs. Excessive seller concessions do happen on occasion when either a home is in below average condition or when repairs are made mandatory in order to execute a sale.

**Subject's Market Segment:**

The subject is a very good quality home for its location with its square footage being well above the predominant size range for this area, though still not an over improvement for this area. Its age is typical for the area as much of the area was filled in during the 60's and 70's housing boom with expansion and infill occurring in the mid 1990s through 2006. Its acreage is larger than typical but not uncommon for the area, as most parcels in this area are on more than one acreage with the predominant range being from 2.5 acres to 10 acres, but lot sizes increasing in the more rural locations. Most housing similar to that of the subject and the subject itself currently move well on the market and typically have an exposure time of 90 to 300+ days when competitively priced.

The subject's market segment, homes within the Applegate Valley on more than 10 acres and of 5000sf and larger GLA, represents less than 2% of all homes listed or sold in the last 12 months and within all of Jackson and Josephine Counties.

**Highest & Best Use - As Improved:**

The current improvements on the subject property is a one-unit home of approx. 6300 sq.ft. home residing on acreage. The current residential zoning designation allows for one-unit use. The site size, shape, and topography are sufficient for a one-unit residence. The surrounding improvements/uses are compatible with one-unit uses. It has been determined that the current and existing use is legally permissible and physically possible. Because the existing improvements contribute significantly to the value of the site, a change to any other use would not be feasible at this time. Based on this analysis, the highest and best use of the subject property as improved is to continue its use as a one-unit residence.

**Highest & Best Use Analysis as Vacant:**

The current residential zoning designation allows for one-unit use. The site size, shape, and topography are sufficient for a one-unit residence. The surrounding improvements/uses are compatible with one-unit uses. It has been determined that the current and existing use is legally permissible and physically possible. Site value was determined to be less than the subject's improved value. Based on this analysis, the highest and best use of the subject property is as a single-unit residential use.

**Zoning Compliance:**

The subject is designated with EFU zoning but is a completely legal residential use regardless of its actual lot size. The acreage minimum for this zoning designation is 80 acres, however the parcel was created prior to the zoning overlay and is therefore a legal grandfathered use. Because the residence is of legal use it can be rebuilt in its entirety if destroyed, which is based on prior situations of similar property in the area. If a specific rebuild letter is needed one must be applied for with county building office as verbal authorizations are not given. It is also noted that the subject's legal non-conforming lot size is typical for this area and does not affect the subject's marketability or opinion of value.

**Subject's Listing History:**

The subject has not been listed for sale on the local MLS in the last 36 months.

| | | | |
|---|---|---|---|
| Signature | | Signature | |
| Name | Garrett Pottmeyer, SRA | Name | |
| Date Signed | 06/10/2026 | Date Signed | |
| State Certification # | CR00581 | State OR | State Certification # | State |
| Or State License # | | State | Or State License # | State |

## Supplemental Addendum

File No.

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 15985 N Applegate Rd | | | | | | |
| City | Grants Pass | County | Jackson | | State | OR | Zip Code | 97527 |
| Lender/Client | n/a | | | | | | |

**Sales Comparison Analysis:**

All comparables were taken from within approximately a 35-mile radius of the subject and are the most relevant comparables based on bracketing criteria set forth by the subject. The search radius was expanded to both Jackson and Josephine Counties and in order to bracket all aspects of the subject itself.  None of the included comparables provided closed in the last 90 days. Had any been available and relevant, they would have been included.

Comparables are not adjusted for market conditions at this time as the subject's market segment was determined to be stable given the holding price trends based on sale trend analysis. Adjustments for market change, or lack thereof, were based on stats released by the MLS and this appraiser's own, continual, market tracking.  Closed sales including seller paid concessions were adjusted for the amount paid as these types of concessions are not yet typical for the current market and cause for a false increase in the respective sale price of the comparable being used in this sales approach.

Lot size acreage adjustments were made to any comparable exceeding one-half acre from the subject's parcel size with adjustments being made at $8,000/ac up to the six-acre benchmark, $4,000/ac between six-acre and twenty-acre, and $2000/ac thereafter. Comps located in Ashland or Jacksonville received a 20% adjustment for pricing differences.  River frontage was adjusted at a lump sum of $100,000.

Design adjustments were not made with regards to multi vs single story. Adjustments for quality were based on finish, adornments, overall level of craftsmanship, and materials used throughout construction and improvements.  Adjustments for quality were made between $10 and $45 per square foot and applied to the adjusted comparables using their respective GLA as the basis for quantity of the adjustment.Age adjustments were applied to any comparable exceeding 15 years in age in order to account for utility and contemporary changes between the different eras of construction and adjustments were made at $1000 per year.  Condition adjustments are made between $10 and $35 per square foot to account for the wear and tear to short and long lived items due to normal wear and tear. All gross living area figures were taken from each comparables' respective MLS listing unless otherwise noted or inspected by the undersigned appraiser. Living area adjustments were made at $150 per square foot and applied to any comparable exceeding 50 sq.ft. from that of the subject's GLA. All gross living area figures were taken from each comparables respective MLS listing unless otherwise noted or inspected by the undersigned appraiser. GLA adjustments were based on cost to replace minus 50%. No adjustments for bedroom count were made as the homes share an offsetting utility based on GLA and the use of that GLA differs from buyer to buyer.  The adjustments for GLA account for the differences in utility and adjusting for bedroom count on top of this would be double dipping. Bathrooms were adjusted at $5,000 per fixture, with the assumption that a standard bathroom is comprised of three main fixtures; shower/tub, sink, and toilet (per line).

Garages were adjusted at $15,000 for the first car space and at $10,000 per each additional space, and carports were adjusted at $3,500 per space. RV hookups are adjusted for at a flat rate of $2,500. Manufactured ADUs were adjusted at $55 per sf. ADUs were adjusted at $100 per sf given their legal ability to generate income. Comps with guest quarters, finished buildings or studios had their amenities reduced by 50% as they cannot legally generate income. Shops, some barns, and garages were adjusted at $60 per sf. Sheds, lean tos and most barns were adjusted between $15 and $30 per sf. Water rights for irrigation are adjusted at $5,000/ac from year round tributaries and at $3,000 for district irrigation. Landscaping adjustments were made at a lump sum of $20,000. Outdoor kitchens were adjusted at a lump sum of $15,000. Inground pools were adjusted between $30,000 and $45,000 with spas adjusting at an additional $5,000. Small to moderate, or typically-sized decks, patios, or porches are not adjusted for as they have no impact on the sale of a home. Items such as fences, fireplaces, and small sheds were given no consideration or value.  Adjustments made for amenity differences were based on the cost of replacement being amenities are used and are typically not the primary determinant for the purchase of the property in question, which is cost minus 50%.  This accounts for the functional obsolescence of not being the market's desired improvements as they are buying a property with an amenity which they did not construct themselves. Active listings were adjusted by 5% for the current list to sale price ratio as it is expressed as 95% at this time based on an average taken from the included closed sales.

All closed sales were attempted to be verified with a representative of the 1st party to the respective transaction.  Information verified was either with a listing or selling agent or their office and the information verified included quality of construction/materials, overall condition, sale or financing type and concessions to the sale, seller paid or otherwise, if any at all.  In some cases sales concessions were not released to the appraiser due to "house" rules of confidentiality and/or disclosure. In these cases the MLS listing was used as a default source of information with regards to the transaction in question. None of the comparables were able to be verbally verified with a first party to the transaction.

The appraiser correlates the opinion of value for the subject to fall within the adjusted range of comparables and gives more weight in the sales approach to Comp 1 for its similar more recent sale date, age, lot size, and respective similarities and Comp 2 for its more recent sale date and overall GLA. The active listings were given secondary consideration in the sales approach as they provide the market value floor and ceiling for the subject at this time.

**Final Reconciliation:**

RMV given to the subject by the assessor is $2,924,300.  The noted value is roughly congruent with the current opinion of value which is untypical for the area at this time.  Typically the assessor's real market value is lower and considered to be an irrelevant point of value.  As the RMV is fairly accurate in this instance it is given mild consideration in this report.

This sales comparison approach yields the best indicator of value due to the availability of relevant and recent comparable sales within the entire Jackson and Josephine County areas.  The cost approach is not completed due to the numerous deficiencies of the available data with which to complete it, in addition to the subject's quality.  For example, the lack of new construction in the area, lack of relevant land sales, and incorrect multipliers from national cost services due to the fluctuating labor and material pricing in this region. The subject's property type is rarely offered in the rental sector which is cause for a very limited amount of rental data and rental sales making the income approach unreliable and therefore not developed.

**Disclosures:**

No personal property was given any value or consideration toward the subject's market value in this report.

It is additionally noted that the entire subject property was not inspected by foot due to its large size.  This is a common procedure during the

| Signature | | Signature | |
|---|---|---|---|
| Name  Garrett Pottmeyer, SRA | | Name | |
| Date Signed    06/10/2026 | | Date Signed | |
| State Certification #   CR00581 | State  OR | State Certification # | State |
| Or State License # | State | Or State License # | State |

**Supplemental Addendum**                                                File No.

| Borrower | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15985 N Applegate Rd | | | | | |
| City | Grants Pass | County | Jackson | State OR | Zip Code | 97527 |
| Lender/Client | n/a | | | | | |

inspection by appraiser's in this area and is by no means untypical of the appraisal process.  Additional knowledge of terrain, layout and the overall parcel itself was gained from aerial maps provided by the county, GIS Oregon and Google Earth.

I have performed services twice, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three year period immediately preceding acceptance of this agreement.

ANSI Z765-2021 adherence.  Finished square footage calculations for this house were made based on measured dimensions only and may include unfinished areas, openings in floors exceeding the area of associated stairs.

Libby Giraudo, Registered Appraiser #L001806, provided significant real estate appraisal assistance in the development and reporting of this appraisal as follows:

_____  Define appraisal problem
_____  Collection and selection of data
__x_  Subject property analysis
_____  Estimate highest and best use
_____  Estimate land/site value
__x_  Estimate value of property
__x_  Reconcile value in each approach used to a final value estimate
_____  Report final value estimate

**Intended User Statement:**

The intended user of this appraisal report is the client.  The intended use is to evaluate the property that is the subject of this appraisal for the client's own non-lender use, subject to the stated scope of work, purpose of the appraisal, reporting requirements of this appraisal report form, and definition of market value.  No additional intended users are identified by the appraiser.

**Appraisal Institute Member Certify:**

-As of the date of this report, I have completed the Standards and Ethics Education Requirement of the Appraisal Institute for Designated Members.

-The report analysis, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics & Standards of Professional Appraisal Practice of the Appraisal Institute.

-The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

| | | |
|---|---|---|
| Signature | | Signature |
| Name  Garrett Pottmeyer, SRA | | Name |
| Date Signed    06/10/2026 | | Date Signed |
| State Certification #   CR00581          State OR | | State Certification #          State |
| Or State License #          State | | Or State License #          State |

**Legal Description – Page 1**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF JACKSON, STATE OF OREGON, AND IS DESCRIBED AS FOLLOWS:

A PROPERTY LINE ADJUSTMENT BETWEEN TRACT 1 AND TRACT 2 OF THOSE PARCELS OF LAND DESCRIBED WITHIN INSTRUMENT NO. 2011-026849 OF THE OFFICIAL RECORDS OF JACKSON COUNTY, OREGON, LYING WITHIN THE SOUTHWEST QUARTER OF SECTION 8, TOWNSHIP 38 SOUTH, RANGE 4 WEST OF THE WILLAMETTE MERIDIAN, JACKSON COUNTY, OREGON, MORE PARTICULARLY DESCRIBED AND BOUNDED AS FOLLOWS, TO WIT:

COMMENCING AT A 5/8 INCH IRON PIN BEARING WEST 1451.42 FEET AND NORTH 364.16 FEET (DEED RECORD WEST 1451.53 FEET AND NORTH 364.24 FEET) FROM THE SOUTH QUARTER CORNER OF SECTION 8, TOWNSHIP 38 SOUTH; RANGE 4 WEST OF THE WILLAMETTE MERIDIAN IN JACKSON COUNTY, OREGON, AS DENOTED SURVEY. NO. 20928 ON FILE IN THE OFFICE OF THE JACKSON COUNTY SURVEYOR;

THENCE NORTH 41°27'53" WEST, 241.45 FEET TO A 5/8 INCH IRON PIN AT THE POINT OF BEGINNING;

THENCE NORTH 51°53'28" WEST 348.48 FEET TO A 5/8 INCH IRON PIN; THENCE SOUTH 38°06'32" WEST 15.00 FEET TO A 5/8 INCH IRON THENCE NORTH 51°53'28" WEST 161.52 FEET TO A 5/8 INCH IRON PIN;

THENCE NORTH 38°06'32" EAST 102.12 FEET TO A 5/8 INCH IRON PIN; THENCE SOUTH 51°53'38" EAST 510.00 FEET TO A 5/8 INCH IRON PIN; THENCE SOUTH 38°06'32" WEST, 87.12 FEET TO THE POINT OF BEGINNING. CONTAINING 1.08 ACRES, MORE OR LESS.

AND A PROPERTY LINE ADJUSTMENT BETWEEN TRACT 1 AND TRACT 2 OF THOSE PARCELS OF LAND DESCRIBED WITHIN INSTRUMENT NO. 2011-026849 OF THE OFFICIAL RECORDS OF JACKSON COUNTY, OREGON, LYING WITHIN THE SOUTHWEST QUARTER OF SECTION 8, TOWNSHIP 38 SOUTH, RANGE 4 WEST OF THE WILLAMETTE MERIDIAN, JACKSON COUNTY, OREGON, MORE PARTICULARLY DESCRIBED AND BOUNDED AS FOLLOWS, TO WIT:

BEGINNING AT A 5/8 INCH IRON PIN AT THE NORTHWEST CORNER OF THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 8, TOWNSHIP 38 SOUTH, RANGE 4 WEST OF THE WILLAMETTE MERIDIAN IN JACKSON COUNTY, OREGON, AS DENOTED ON SURVEY NO. 20928 ON FILE IN THE OFFICE OF THE JACKSON COUNTY SURVEYOR;

THENCE SOUTH 00°27'47" WEST, ALONG THE WEST LINE OF SOUTHWEST QUARTER OF SAID DESCRIBED SECTION 8, A DISTANCE OF 350.91 FEET TO THE CENTER OF THE ROGUE RIVER, FROM WHICH A 5/8 INCH IRON PIN WITNESS CORNER BEARS NORTH 00°27'47" EAST, 63.00 FEET; THENCE ALONG THE CENTERLINE OF THE ROGUE RIVER THE FOLLOWING SURVEY COURSES:

SOUTH 44°29'20" EAST 483.08 FEET; THENCE SOUTH 24°58'00" EAST 164.50 FEET; THENCE SOUTH 11°54'36" EAST, 221.50 FEET; THENCE SOUTH 31°53'35" EAST, 468.00 FEET, FROM WHICH A 5/8 INCH IRON PIN WITNESS CORNER REFERENCE MONUMENT BEARS SOUTH 89°29'50" EAST 183.00 FEET;

THENCE SOUTH 89°29'50" EAST, BEING PARALLEL WITH AND 120.00 FEET SOUTH OF THE SOUTH LINE OF SAID SECTION 8, A DISTANCE OF 306.83 FEET TO A 5/8 INCH IRON PIN; THENCE NORTH 20°42'13" EAST, 654.26 FEET TO A 5/8 INCH IRON

**Legal Description – Page 3**

PIN;

THENCE NORTH 80°26'45" EAST, 152.96 FEET;

THENCE NORTH 81°35'30" EAST, 16.94 FEET TO THE WESTERLY LINE OF NORTH APPLEGATE ROAD;

THENCE ALONG SAID WESTERLY LINE OF NORTH APPLEGATE ROAD THE FOLLOWING SURVEY COURSES: 115.42 FEET ALONG THE ARC OF A 505.00 FOOT RADIUS CURVE TO THE RIGHT, HAVING A DELTA ANGLE OF 13°05'44". (CHORD BEARING NORTH 12°54'28" WEST, 115.17 FEET) TO A POINT OF TANGENCY;

THENCE NORTH 06°21'36" WEST, 122.39 FEET TO A POINT OF CURVATURE; THENCE 174.14 FEET ALONG THE ARC OF A 170.00 FOOT RADIUS CURVE TO THE LEFT, HAVING A DELTA ANGLE OF 58°41'29" (CHORD BEARING NORTH 35°42'21" WEST, 166.62 FEET) TO A POINT OF TANGENCY; THENCE NORTH 65°03'05" WEST, 322.13 FEET TO A POINT OF CURVATURE;

THENCE 289.46 FEET ALONG THE ARC OF A 470.00 FOOT RADIUS CURVE TO THE RIGHT, HAVING A DELTA ANGLE OF 35°17'14" (CHORD BEARING NORTH 47°24'28" WEST, 284.91 FEET) TO A POINT OF TANGENCY;

THENCE NORTH 29°45'51" WEST, 138.78 FEET TO A 5/8 INCH IRON PIN ON THE NORTH LINE OF THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SAID SECTION 8;

THENCE NORTH 89°44'18" WEST, 696.59 FEET TO THE POINT OF BEGINNING.

CONTAINING 26.44 ACRES, MORE OR LESS.

BEING THE SAME PROPERTY AS CONVEYED FROM NANCY FLEISCHMAN TO RAMPART PROPERTIES LLC, A DELAWARE LIMITED LIABILITY COMPANY BY STATUTORY WARRANTY DEED RECORDED ON SEPTEMBER 2, 2011 IN INSTRUMENT NO. 2011-026849, ALSO

BEING THE SAME PROPERTY AS CONVEYED FROM RAMPART PROPERTIES LLC, A DELAWARE LIMITED LIABILITY COMPANY TO RAMPART PROPERTIES LLC, A DELAWARE LIMITED LIABILITY COMPANY BY BARGAIN AND SALE DEED (PROPERTY LINE ADJUSTMENT), RECORDED ON FEBRUARY 8, 2013 IN INSTRUMENT NO. 2013-004697; ALSO

BEING THE SAME PROPERTY AS CONVEYED FROM RAMPART PROPERTIES LLC, A DELAWARE LIMITED LIABILITY COMPANY TO RAMPART PROPERTIES LLC, A DELAWARE LIMITED LIABILITY COMPANY BY BARGAIN AND SALE DEED (PROPERTY LINE ADJUSTMENT), RECORDED ON FEBRUARY 8, 2013 IN INSTRUMENT NO. 2013-004698 ALL BEING RECORDED IN THE OFFICIAL RECORDS OF JACKSON COUNTY, OREGON.

# Farm List

**28 Properties**

**Search Parameters:** Property type Residential; Status of 'Active', 'Closed', 'Pending','Active w/Contingency','Active Short Sale'; County of 'Jackson', 'Josephine'; Main House SqFt between 5000 and 9999999; Lot Size Acres between 10 and 9999999; Under Contract Date between '05/05/2025' and '05/05/2036'; Close Date between '05/05/2024' and '05/05/2036'.

| | ListingId | Status | Price | Address | City | Close Date | Cumula | Sho Sub Type | Main Hous | Beds | Baths | Year Bui | Lot Size A | Leve | Common V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 220211366 | Active | $1,525,000 | 1661 OR-238 Highway | Jacksonville | | 167 | 1661 SF | 5,759 | 4 | 4 | 1998 | 20.01 | Two | No C |
| 2 | 220182923 | Active | $1,659,000 | 4640 Scenic Avenue | Central Point | | 712 | 464C SF | 6,273 | 5 | 4 | 1981 | 22.39 | Two | No C |
| 3 | 220206492 | Active | $1,995,808 | 1489 Granite Hill Road | Grants Pass | | 284 | 1489 SF | 6,400 | 4 | 4 | 2001 | 20 | Two | No C |
| 4 | 220188522 | Active | $2,200,000 | 7304 N Applegate Road | Grants Pass | | 624 | 7304 SF | 6,794 | 5 | 6 | 2007 | 76.7 | Thre | No C |
| 5 | 220203155 | Active | $2,300,000 | 2054 Jaynes Drive | Grants Pass | | 336 | 2054 SF | 5,062 | 4 | 6 | 2005 | 33.12 | One | No C |
| 6 | 220156902 | Active | $2,395,000 | 6380 Tunnel Loop Road | Grants Pass | | 216 | 638C SF | 10,199 | 7 | 10 | 1997 | 83.16 | Two | No C |
| 7 | 220219078 | Active | $2,490,000 | 3998 Little Applegate Road | Jacksonville | | 25 | 3998 SF | 5,900 | 4 | 3 | 2003 | 24.56 | Two | No C |
| 8 | 220209095 | Active | $2,500,000 | 44335 Crater Lake Highway | Prospect | | 586 | 4433 SF | 5,400 | 7 | 6 | 1933 | 95.46 | Two | No C |
| 9 | 220201445 | Active | $2,950,000 | 1918 Stevens Road | Eagle Point | | 401 | 1918 SF | 10,062 | 4 | 8 | 2007 | 19.99 | Two | No C |
| 10 | 220202465 | Active | $3,375,000 | 11744 Galice Road | Merlin | | 347 | 1174 SF | 5,176 | 26 | 23 | 1991 | 12.18 | Thre | No C |
| 11 | 220211125 | Active | $3,495,000 | 766 Meridian Road | Eagle Point | | 615 | 766 SF | 7,256 | 3 | 5 | 2014 | 160 | Two | No C |
| 12 | 220214293 | Active | $3,495,000 | 80 & 84 Placer Hill Drive | Jacksonville | | 407 | 80 8 SF | 6,475 | 5 | 7 | 2018 | 11.95 | Thre | No C |
| 13 | 220208223 | Active | $3,960,000 | 1100 McMullen Creek Road | Selma | | 254 | 1100 SF | 6,800 | 4 | 4 | 2000 | 167 | Thre | No C |
| 14 | 220206087 | Active | $4,100,000 | 1440 E Nevada Street | Ashland | | 206 | 144C SF | 5,002 | 5 | 5 | 1990 | 43.91 | Thre | No C |
| 15 | 220215329 | Active | $4,250,000 | 2451 Terri Drive | Medford | | 81 | 2451 SF | 6,001 | 6 | 7 | 2026 | 39.99 | Thre | No C |
| 16 | 220135580 | Active | $4,500,000 | 2700 N Valley View Road | Ashland | | 1,631 | 270C SF | 9,881 | 2 | 4 | 2002 | 708 | Two | No C |
| 17 | 220203873 | Active | $4,500,000 | 1240 Parsnip Loop | Butte Falls | | 327 | 124C SF | 7,700 | 5 | 6 | 2024 | 167.61 | Two | No C |
| 18 | 220173098 | Active | $6,700,000 | 12214 Modoc Road | White City | | 924 | 1221 SF | 8,824 | 11 | 6 | 1932 | 34.07 | One | No C |
| 19 | 220215470 | Active | $30,000,00 | 6375 W Evans Creek Road | Rogue River | | 78 | 6375 SF | 9,220 | 6 | 6 | 1984 | 195.34 | Two | No C |
| 20 | 220217185 | Pending | $899,995 | 1500 Panther Gulch Road | Williams | | 32 | 150C SF | 5,123 | 5 | 4 | 1990 | 40.46 | Two | No C |
| 21 | 220165773 | Closed | $1,540,010 | 6601 Old Hwy 99 S | Ashland | 05/17/2024 | 298 | 6601 SF | 5,001 | 6 | 6 | 1981 | 53.69 | Two | No C |
| 22 | 220202580 | Closed | $1,570,000 | 905 Sterling Creek Road | Jacksonville | 10/06/2025 | 457 | 905 SF | 5,938 | 4 | 3 | 2000 | 81.43 | Two | No C |
| 23 | 220197473 | Closed | $1,650,000 | 560 Arnold Lane | Medford | 01/07/2026 | 230 | 560 . SF | 5,950 | 5 | 5 | 1998 | 56.73 | Two | No C |
| 24 | 220174062 | Closed | $1,770,000 | 2918 W Griffin Creek Road | Medford | 07/26/2024 | 210 | 2918 SF | 5,016 | 4 | 4 | 2014 | 40.18 | One | No C |
| 25 | 220141818 | Closed | $1,900,000 | 133 Meadow Oaks Drive | Ashland | 06/25/2024 | 716 | 133 SF | 6,331 | 4 | 6 | 2004 | 20.9 | Two | No C |
| 26 | 220204939 | Closed | $2,500,000 | 4425 Campbell Road | Phoenix | 10/24/2025 | 26 | 4425 SF | 5,457 | 4 | 5 | 2006 | 25.05 | Two | No C |
| 27 | 220180611 | Closed | $3,100,000 | 245 Majestic Lane | Ashland | 12/19/2025 | 510 | 245 SF | 5,139 | 4 | 5 | 2023 | 39.1 | One | No C |
| 28 | 220201971 | Closed | $4,335,000 | 12990 Modoc Road | White City | 12/19/2025 | 186 | 1299 SF | 6,288 | 6 | 7 | 2002 | 40 | Thre | No C |

Information is deemed to be reliable, but is not guaranteed. © 2026 MLS and FBS. Prepared by Oregon Datashare, LLC on Tuesday, May 05, 2026 7:20 AM



**Aerial Map**

# ArcGIS Web Map



4/29/2026, 1:02:04 PM

☐ taxlot

☐ mapIndex

CountyLines

1:4,514

| 0 | 0.04 | 0.07 | 0.15 mi |
| 0 | 0.05 | 0.1 | 0.2 km |

OREGON DOR, GEO, Vantor

Web AppBuilder for ArcGIS
Vantor | OREGON DOR, GEO |

**Aerial Map**

| Borrower | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15985 N Applegate Rd | | | | | |
| City | Grants Pass | County | Jackson | State | OR | Zip Code 97527 |
| Lender/Client | n/a | | | | | |



SUBJECT
15985 N Applegate Rd
Grants Pass, OR 97527

## Building Sketch (Page – 1)

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 15985 N Applegate Rd | | | | | | |
| City | Grants Pass | County | Jackson | | State OR | Zip Code | 97527 |
| Lender/Client | n/a | | | | | | |



TOTAL Sketch by a la mode

## Building Sketch (Page – 2)

| Borrower | n/a | | | | | |
|----------|-----|--|--|--|--|--|
| Property Address | 15985 N Applegate Rd | | | | | |
| City | Grants Pass | County | Jackson | State OR | Zip Code | 97527 |
| Lender/Client | n/a | | | | | |



## Building Sketch (Page – 3)

| Borrower | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 15985 N Applegate Rd | | | | |
| City | Grants Pass | County Jackson | State OR | Zip Code 97527 | |
| Lender/Client | n/a | | | | |

TOTAL Sketch by a la mode

**Area Calculations Summary**

| Living Area | | Calculation Details | | |
|---|---|---|---|---|
| First Floor | 3575.7 Sq ft | 0.5 × 2.12 × 2.12 | = | 2.25 |
| | | 0.5 × 2.12 × 2.12 | = | 2.25 |
| | | 6 × 2.12 | = | 12.73 |
| | | 33 × 16.75 | = | 552.75 |
| | | 40.5 × 17 | = | 688.5 |
| | | 15.5 × 3.25 | = | 50.38 |
| | | 3.25 × 4.5 | = | 14.62 |
| | | 30.5 × 17 | = | 518.5 |
| | | 24.5 × 10 | = | 245 |
| | | 6.25 × 2.75 | = | 17.19 |
| | | 23.5 × 7.25 | = | 170.38 |
| | | 26.75 × 5.25 | = | 140.44 |
| | | 52.5 × 4.25 | = | 223.12 |
| | | 36.74 × 16.42 | = | 603.27 |
| | | 0.5 × 15.76 × 16.42 | = | 129.43 |
| | | 0.5 × 2.83 × 2.83 | = | 4 |
| | | 5.25 × 3.18 | = | 16.71 |
| | | 0.5 × 3.18 × 3.18 | = | 5.06 |
| | | 0.5 × 3.18 × 3.18 | = | 5.06 |
| | | 11.61 × 3.71 | = | 43.11 |
| | | 0.5 × 3.71 × 3.71 | = | 6.89 |
| | | 26.57 × 0.79 | = | 20.93 |
| | | 0.5 × 0.76 × 0.79 | = | 0.3 |
| | | 27.32 × 3.36 | = | 91.78 |
| | | 0.5 × 3.36 × 3.36 | = | 5.64 |
| | | 0.5 × 3.22 × 3.36 | = | 5.41 |
| Second Floor | 2684.33 Sq ft | 13 × 5 | = | 65 |
| | | 5 × 1.5 | = | 7.5 |
| | | 5 × 2 | = | 10 |
| | | 7.75 × 2 | = | 15.5 |
| | | 30 × 14 | = | 420 |
| | | 15 × 15 | = | 225 |
| | | 15.5 × 6 | = | 93 |
| | | 19 × 8 | = | 152 |
| | | 7 × 2 | = | 14 |
| | | 34 × 2 | = | 68 |
| | | 39 × 6.25 | = | 243.75 |
| | | 0.5 × 3 × 3 | = | 4.5 |
| | | 19 × 3 | = | 57 |
| | | 0.5 × 1.88 × 3.63 | = | 3.41 |
| | | 11.37 × 1.88 | = | 21.37 |
| | | 0.5 × 3.63 × 2.62 | = | 4.75 |
| | | 11.37 × 2.62 | = | 29.82 |
| | | 0.5 × 2.47 × 2.47 | = | 3.06 |
| | | 39 × 2.47 | = | 96.52 |
| | | 0.5 × 1.77 × 1.77 | = | 1.57 |
| | | 0.5 × 1.77 × 1.77 | = | 1.57 |
| | | 22 × 1.77 | = | 39.01 |
| | | 0.5 × 0.17 × 0.17 | = | 0.01 |
| | | 51.3 × 0.17 | = | 8.8 |
| | | 105.69 × 0.83 | = | 87.56 |
| | | 0.5 × 2.96 × 3.1 | = | 4.58 |
| | | 94.15 × 3.1 | = | 291.71 |
| | | 94.15 × 2.85 | = | 268.18 |
| | | 34.25 × 2 | = | 68.5 |
| | | 16.25 × 2.5 | = | 40.62 |
| | | 0.5 × 2.65 × 2.65 | = | 3.52 |
| | | 37.25 × 2.65 | = | 98.77 |
| | | 37.25 × 2 | = | 74.5 |
| | | 14 × 10.5 | = | 147 |
| | | 9.5 × 1.5 | = | 14.25 |
| **Total Living Area (Rounded):** | **6260 Sq ft** | | | |
| **Non-living Area** | | | | |
| Cvrd Porch | 178.75 Sq ft | 13.75 × 13 | = | 178.75 |

## Building Sketch (Page – 4)

| Borrower | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15985 N Applegate Rd | | | | | |
| City | Grants Pass | County | Jackson | State | OR | Zip Code 97527 |
| Lender/Client | n/a | | | | | |

TOTAL Sketch by a la mode

### Area Calculations Summary

**Non-living Area**

| Stone Patio | 847.26 Sq ft | $0.5 \times 5.66 \times 2.83$ | = | 8 |
|---|---|---|---|---|
| | | $0.5 \times 0.53 \times 0.53$ | = | 0.14 |
| | | $54.53 \times 0.53$ | = | 28.92 |
| | | $55.06 \times 4.5$ | = | 247.76 |
| | | $0.5 \times 2.12 \times 2.12$ | = | 2.25 |
| | | $0.5 \times 2.12 \times 2.12$ | = | 2.25 |
| | | $1 \times 2.12$ | = | 2.12 |
| | | $0.5 \times 1.44 \times 1.44$ | = | 1.04 |
| | | $0.5 \times 1.44 \times 1.39$ | = | 1 |
| | | $1 \times 1.44$ | = | 1.44 |
| | | $0.5 \times 0.68 \times 0.68$ | = | 0.23 |
| | | $0.5 \times 0.68 \times 0.68$ | = | 0.23 |
| | | $3.15 \times 0.68$ | = | 2.14 |
| | | $0.5 \times 4.77 \times 4.77$ | = | 11.39 |
| | | $0.5 \times 4.77 \times 4.77$ | = | 11.39 |
| | | $10.3 \times 4.77$ | = | 49.15 |
| | | $0.5 \times 3.18 \times 3.18$ | = | 5.06 |
| | | $55.06 \times 3.18$ | = | 175.2 |
| | | $0.5 \times 1.59 \times 1.59$ | = | 1.27 |
| | | $76.97 \times 1.59$ | = | 122.46 |
| | | $0.5 \times 8.49 \times 8.49$ | = | 36 |
| | | $0.5 \times 8.49 \times 8.49$ | = | 36 |
| | | $12 \times 8.49$ | = | 101.82 |
| Cvrd Porch | 76.5 Sq ft | $8.5 \times 9$ | = | 76.5 |
| Basement | 201 Sq ft | $12 \times 16.75$ | = | 201 |
| 3 Car Attached | 991.19 Sq ft | $0.5 \times 40.31 \times 20.57$ | = | 414.57 |
| | | $34.96 \times 4.53$ | = | 158.52 |
| | | $0.5 \times 4.53 \times 4.53$ | = | 10.28 |
| | | $0.5 \times 4.35 \times 4.53$ | = | 9.87 |
| | | $0.5 \times 39.49 \times 20.15$ | = | 397.95 |
| Garage Upper | 3730.85 Sq ft | $89.75 \times 41.5$ | = | 3724.62 |
| | | $0.5 \times 41.5 \times 0.3$ | = | 6.22 |
| Cvrd Porch | 481 Sq ft | $4 \times 2$ | = | 8 |
| | | $14 \times 16.75$ | = | 234.5 |
| | | $10 \times 9.75$ | = | 97.5 |
| | | $12 \times 11$ | = | 132 |
| | | $9 \times 1$ | = | 9 |
| Guest Qrts | 965.25 Sq ft | $20.25 \times 14$ | = | 283.5 |
| | | $27 \times 24.25$ | = | 654.75 |
| | | $13.5 \times 2$ | = | 27 |
| ADU | 512.5 Sq ft | $16 \times 18$ | = | 288 |
| | | $16 \times 12.5$ | = | 200 |
| | | $3.5 \times 7$ | = | 24.5 |
| D-Garage/shop | 6324.94 Sq ft | $62.25 \times 53.75$ | = | 3345.94 |
| | | $36.25 \times 62.5$ | = | 2265.62 |
| | | $21 \times 28$ | = | 588 |
| | | $8.5 \times 14.75$ | = | 125.38 |
| Guest Qrts | 344 Sq ft | $10 \times 4$ | = | 40 |
| | | $17 \times 16$ | = | 272 |
| | | $8 \times 4$ | = | 32 |
| Finished Bldg | 580.5 Sq ft | $6 \times 2.75$ | = | 16.5 |
| | | $12 \times 5.5$ | = | 66 |
| | | $24 \times 19$ | = | 456 |
| | | $4 \times 10.5$ | = | 42 |

**Non-living Area**

# Building Sketch (Page – 5)

| | |
|---|---|
| Borrower | n/a |
| Property Address | 15985 N Applegate Rd |

| City | County | State | Zip Code |
|---|---|---|---|
| Grants Pass | Jackson | OR | 97527 |

| | |
|---|---|
| Lender/Client | n/a |

TOTAL Sketch by a la mode

**Area Calculations Summary**

**Non-living Area**

| ADU | 2028.99 Sq ft | | |
|---|---|---|---|
| | | $7 \times 2.5$ = | 17.5 |
| | | $12.25 \times 8$ = | 98 |
| | | $12.5 \times 5.14$ = | 64.28 |
| | | $28.5 \times 9.5$ = | 270.75 |
| | | $12.75 \times 1$ = | 12.75 |
| | | $15.25 \times 2$ = | 30.5 |
| | | $5.25 \times 2$ = | 10.5 |
| | | $24.5 \times 1$ = | 24.5 |
| | | $46 \times 22.67$ = | 1042.89 |
| | | $0.5 \times 2.83 \times 2.83$ = | 4 |
| | | $11.16 \times 0.86$ = | 9.57 |
| | | $10.16 \times 7.25$ = | 73.64 |
| | | $29.41 \times 5.66$ = | 166.35 |
| | | $0.5 \times 5.66 \times 5.66$ = | 16 |
| | | $14.16 \times 11$ = | 155.72 |
| | | $8.5 \times 2.83$ = | 24.04 |
| | | $0.5 \times 2.83 \times 2.83$ = | 4 |
| | | $0.5 \times 2.83 \times 2.83$ = | 4 |
| Portico | 780 Sq ft | $30 \times 26$ = | 780 |

## Subject Photo Page

| Borrower | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15985 N Applegate Rd | | | | | |
| City | Grants Pass | County | Jackson | State | OR | Zip Code | 97527 |
| Lender/Client | n/a | | | | | |



### Subject Front

| | |
|---|---|
| 15985 N Applegate Rd | |
| Sales Price | |
| Gross Living Area | 6,260 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.1 |
| Location | B;WtrFr;River |
| View | Pastoral |
| Site | 27.44 ac |
| Quality | Very Good |
| Age | 29 |



### Subject Rear



### Subject Street

| | |
|---|---|
| 15985 N Applegate Rd | |
| Sales Price | |
| Gross Living Area | 6,260 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.1 |
| Location | B;WtrFr;River |
| View | Pastoral |
| Site | 27.44 ac |
| Quality | Very Good |
| Age | 29 |

## Subject Photos

| Borrower | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15985 N Applegate Rd | | | | | |
| City | Grants Pass | County | Jackson | State | OR | Zip Code 97527 |
| Lender/Client | n/a | | | | | |



**Subject Street**



**Subject Side**



**Subject Side**



**Yard**

**Blank**

**Blank**

## Subject Photos

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 15985 N Applegate Rd | | | | | | |
| City | Grants Pass | County | Jackson | | State | OR | Zip Code 97527 |
| Lender/Client | n/a | | | | | | |



**Finished Bldg**



**Finished Bldg Interior**



**ADU w/ Carport**



**ADU interior**



**ADU interior**



**ADU interior**

# Photograph Addendum

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 15985 N Applegate Rd | | | | | | |
| City | Grants Pass | | County | Jackson | State | OR | Zip Code 97527 |
| Lender/Client | n/a | | | | | | |



**ADU interior**



**ADU interior**



**ADU interior**



**ADU interior**



**ADU interior**



**ADU interior**

## Subject Photos

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 15985 N Applegate Rd | | | | | | |
| City | Grants Pass | County | Jackson | State | OR | Zip Code | 97527 |
| Lender/Client | n/a | | | | | | |



**Garage/ Shop Upper**



**Bathroom in Garage**



**Garage / Shop Interior**



**Vineyard**



**Land**



**Land**

# Photograph Addendum

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 15985 N Applegate Rd | | | | | | |
| City | Grants Pass | County | Jackson | | State | OR | Zip Code | 97527 |
| Lender/Client | n/a | | | | | | |



**Garage / Shop**
**Guest Quarters**



**Guest Quarters**



**Guest Quarters**



**Guest Quarters**



**Guest Quarters**



**Guest Quarters**

## Interior Photos

| Borrower | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 15985 N Applegate Rd | | | | |
| City | Grants Pass | County  Jackson | | State  OR | Zip Code  97527 |
| Lender/Client | n/a | | | | |




**Living Room**                    **Primary Bedroom**




**Pr. Bath**                    **Stairwell to basement**




**Den**                    **1/2 Bath**

## Interior Photos

| Borrower | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 15985 N Applegate Rd | | | | |
| City | Grants Pass | County  Jackson | | State  OR | Zip Code  97527 |
| Lender/Client | n/a | | | | |



**Dining**



**Entry**



**Kitchen**



**Family Room**



**Laundry**



**Bedroom**

# Interior Photos

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 15985 N Applegate Rd | | | | | | |
| City | Grants Pass | County | Jackson | State | OR | Zip Code | 97527 |
| Lender/Client | n/a | | | | | | |



**Bath**



**Bath**



**Bedroom**



**Bedroom**



**Upstairs Landing / Loft**



**Bedroom**

## Interior Photos

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 15985 N Applegate Rd | | | | | | |
| City | Grants Pass | County | Jackson | State | OR | Zip Code | 97527 |
| Lender/Client | n/a | | | | | | |



**Bath**



**Garage Interior**



**Garage Interior**

**Blank**

**Blank**



**ADU – Bathroom**

## Comparable Photo Page

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | n/a | | | | | |
| Property Address | 15985 N Applegate Rd | | | | | |
| City | Grants Pass | County | Jackson | State | OR | Zip Code   97527 |
| Lender/Client | n/a | | | | | |



### Comparable 1

4425 Campbell Rd

| | |
|---|---|
| Prox. to Subject | 20.52 miles E |
| Sale Price | 2,500,000 |
| Gross Living Area | 5,443 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4.0 |
| Location | N;Res |
| View | B;Pstrl;Mtn |
| Site | 25.05 ac |
| Quality | Excellent |
| Age | 20 |



### Comparable 2

245 Majestic Ln

| | |
|---|---|
| Prox. to Subject | 28.47 miles E |
| Sale Price | 3,100,000 |
| Gross Living Area | 4,029 |
| Total Rooms | 10 |
| Total Bedrooms | 3 |
| Total Bathrooms | 4.1 |
| Location | N;Res;Ashland |
| View | B;Pstrl;Mtn |
| Site | 39.10 ac |
| Quality | Excellent |
| Age | 3 |



### Comparable 3

2918 W Griffin Creek Rd

| | |
|---|---|
| Prox. to Subject | 15.14 miles E |
| Sale Price | 1,770,000 |
| Gross Living Area | 4,822 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.1 |
| Location | N;Res; |
| View | B;Mtn;Valley |
| Site | 40.18 ac |
| Quality | Good/Very Good |
| Age | 16 |

## Comparable Photo Page

| Borrower | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15985 N Applegate Rd | | | | | |
| City | Grants Pass | County | Jackson | State | OR | Zip Code 97527 |
| Lender/Client | n/a | | | | | |



### Comparable 4

3998 Little Applegate Rd

| Prox. to Subject | 13.53 miles SE |
|---|---|
| Sale Price | 2,490,000 |
| Gross Living Area | 5,900 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.0 |
| Location | B;WtrFr;River |
| View | B;Mtn;Valley |
| Site | 24.56 ac |
| Quality | Good/Very Good |
| Age | 23 |



### Comparable 5

84 Placer Hill Dr

| Prox. to Subject | 11.78 miles E |
|---|---|
| Sale Price | 3,495,000 |
| Gross Living Area | 4,558 |
| Total Rooms | 10 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.2 |
| Location | N;Res;Jacksonville |
| View | B;Mtn;Pstrl |
| Site | 11.95 ac |
| Quality | Very Good |
| Age | 8 |

### Comparable 6

| Prox. to Subject | |
|---|---|
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

## MLS Supplement Photos

| Borrower | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 15985 N Applegate Rd | | | | |
| City | Grants Pass | County Jackson | | State OR | Zip Code 97527 |
| Lender/Client | n/a | | | | |



**4425 Campbell Rd**



**245 Majestic Ln**



**2918 W Griffin Creek Rd**



**3998 Little Applegate Rd**



**84 Placer Hill Dr**

**Appraisers License**

## Appraiser Certification and Licensure Board

### State Certified Residential Appraiser

*28 hours of continuing education required*

## GARRETT W POTTMEYER
## APPRAISAL COMPANY OF SOUTHERN OREGON, PC
## PO BOX 2005
## GRANTS PASS, OR 97528

License No.:        CR00581
Issue Date:        November 01, 2024
Expiration Date:   October 31, 2026

_____
Chad Koch, Administrator

**Appraisers E&O**

## TruStage | CUMIS Insurance Society

Home Office:
2000 Heritage Way
Waverly, IA 50677

Administrative Office:
5910 Mineral Point Rd
Madison, WI 53705

**DECLARATIONS
REAL ESTATE PROFESSIONALS
PROFESSIONAL LIABILITY**

THIS IS A CLAIMS MADE INSURANCE POLICY. THIS POLICY APPLIES ONLY TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED DURING THE POLICY PERIOD. ALL CLAIMS MUST BE REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD OR WITHIN 60 DAYS AFTER THE END OF THE POLICY PERIOD. UNLESS THIS POLICY IS OTHERWISE ENDORSED CLAIM EXPENSES ARE WITHIN AND REDUCE THE LIMIT OF LIABILITY. PLEASE READ THIS POLICY CAREFULLY.

POLICY NUMBER: PRA1RE-00625-01 _____ RENEWAL OF: _____

1. NAMED INSURED: Appraisal Company Of Southern Oregon, PC

2. PHYSICAL ADDRESS: 208 Tahoe Cir. Grants Pass, OR, 97527

   MAILING ADDRESS: P.O. Box 2005 Grants Pass, OR, 97528

3. POLICY PERIOD: FROM: 11/07/2025 _____ at 12:01 A.M. and expires on: 11/07/2026 _____
   12:01 A.M. Standard Time at the address of the Named Insured as stated in Number 2 above.

4. LIMITS OF LIABILITY:
   A. $ 1,000,000 Limit Of Liability – Each Claim
   B. $ 2,000,000 Limit Of Liability – Policy Aggregate

5. DEDUCTIBLE: $ 5,000 _____ Each Claim

6. PREMIUM: $ 2,196.00 _____

7. RETROACTIVE DATE: Full Prior Acts

8. FORMS ATTACHED: See attached forms schedule

PROGRAM ADMINISTRATOR: Riverton Insurance Agency Corp.

By Acceptance of this policy the Insured agrees that the statements in the Declarations and the Application and any attachments hereto are the Insured's agreements and representations, and that this policy embodies all agreements existing between the Insured and the Company or any of its representatives relating to this insurance.

IN WITNESS WHEREOF, we have caused this policy to be signed by our President and Secretary.

_____
President

_____
Secretary

PLRE DEC 03 25 OR                 CUMIS Insurance Society, Inc.                 Page 1 of 2

Exhibit 2

Josephine County, OR Housing Market 2026 Home Prices & Trends | Zillow



Enter a city or zip code    🔍        United States > Oregon > **Josephine County**

# Josephine County, OR Housing Market

# $395,734

## ↓ 0.1% 1-yr

The average Josephine County, OR home value is $395,734, down 0.1% over the past year, and homes go to pending in around 32 days. (Updated on 6/30/2026)

## What is the Zillow Home Values Index?

Zillow Home Value Index (ZHVI), built from the ground up by measuring monthly changes in property level Zestimates, captures both the level and home values across a wide variety of geographies and housing types.

**Learn more about the Zillow Home Value Index**

**Real Estate** ∨            **Rentals** ∨

**Mortgage Rates** ⌄                                                        **Browse Homes** ⌄

---

About    Zestimates    News    Research    Careers    Applicant Privacy Notice    Help    Advertise

Fair Housing Guide    Advocacy    Terms of use    Privacy Notice    Ad Choices    Cookie Preference    Learn

AI    Mobile Apps

Trulia    StreetEasy    HotPads    Out East

Do Not Sell or Share My Personal Information→

---

Zillow Group is committed to ensuring digital accessibility for individuals with disabilities. We are continuously working to improve the accessibility of our web experience for everyone, and we welcome feedback and accommodation requests. If you wish to report an issue or seek an accommodation, please let us know.

Affiliated Business Arrangement Disclosure

Zillow, Inc. holds real estate brokerage licenses in multiple states. Zillow (Canada), Inc. holds real estate brokerage licenses in multiple provinces. All mortgage lending products and information provided by Zillow Home Loans, LLC, NMLS #10287. NMLS Consumer Access

Licensed Mortgage Banker, N.Y.S. Department of Financial Services

2600 Michelson Drive, Suite 1201, Irvine, CA 92612 | Equal Housing Lender | Licensing Information

§ 442-H New York Standard Operating Procedures

§ New York Fair Housing Notice

TREC: Information about brokerage services, Consumer protection notice

California DRE #1522444

Contact Zillow, Inc. Brokerage

For listings in Canada, the trademarks REALTOR®, REALTORS®, and the REALTOR® logo are controlled by The Canadian Real Estate Association (CREA) and identify real estate professionals who are members of CREA. The trademarks MLS®, Multiple Listing Service® and the associated logos are owned by CREA and identify the quality of services provided by real estate professionals who are members of CREA. Used under license.

 

 Follow us:     © 2006-2026 Zillow



# Exhibit 3

# Grants Pass, OR Housing Market

**Homes for sale**

The Grants Pass housing market is somewhat competitive. Over the three months, homes in Grants Pass receive 1 offers on average and sell in around 32 days. The median sale price of a home in Grants Pass was $371K over the last 3 months, down 3.7% since the same period last year. The median sale price per square foot in Grants Pass is $254, down 5.6% since last year.

**Trends**    Demand    Migration    Schools    Climate    Transportation

## Grants Pass Housing Market Trends

**What is the housing market like in Grants Pass today?**

Over the three months ending May 2026, Grants Pass home prices were down 3.7% compared to the same period last year, selling for a median price of $371K. On average, homes in Grants Pass sell after 32 days on the market compared to 50 days last year. There were 125 homes sold in May this year, down from 131 last year.

| Median Sale Price ▾ | All Home Types ▾ |
|---|---|



**Median Sale Price** (All Home Types)

## $370,841

-3.7% YoY | May 2026                    1y  **3y**  5y

Based on Redfin calculations of home data from MLS and/or public records.

| Location | Data May 2026 | Growth % YoY |
|---|---|---|
| Grants Pass, OR | **$370,841** | -3.7% |
| United States | | 👁 |

| 🔍 Add Location | **Compare** |
|---|---|

To compare other locations to the Grants Pass and U.S. housing market, enter a city, neighborhood, state, or zip code into the search bar. Learn which home features in Grants Pass add value to a home.

**How much is your home worth?** Track your home's value and compare it to nearby sales.

**See my estimate**                    ✕

# Work with the best agents in Grants Pass

Redfin agents are among the most experienced in the industry, so we know how to help you win in today's market. ⓘ

> Grants Pass



## How hot is the Grants Pass housing market?

Grants Pass is somewhat competitive. Homes sell in 27.5 days.

**65**

**Somewhat Competitive**
Redfin Compete Score™ ⓘ

Some homes get multiple offers.

The average homes sell for about **1%** below list price and go pending in around **28 days**.

Hot homes can sell for around list price and go pending in around **10 days**.

**Compare With Nearby Cities** ⌄

| Sale-to-List Price ▾ | All Home Types ▾ |
| --- | --- |

**Sale-to-List Price** (All Home Types)

## 99.3%

+0.7 pt YoY | May 2026          1y   **3y**   5y

Based on Redfin calculations of home data from MLS and/or public records.

| Location | Data<br>May 2026 | Growth<br>% YoY | |
| --- | --- | --- | --- |
| Grants Pass, OR | **99.3%** | +0.7 pt | |
| United States | | | 👁 |

Q Add Location

Compare

## Grants Pass Migration & Relocation Trends

In Oct '25 - Dec '25, 46% of Grants Pass homebuyers searched to move out of Grants Pass, while 54% looked to stay within the metropolitan area.

**Where are people moving to Grants Pass from?**

- Across the nation, 0.19% of homebuyers searched to move into Grants Pass from outside metros.

- Portland homebuyers searched to move into Grants Pass more than any other metro followed by San Francisco and Los Angeles.

**Where are people from Grants Pass moving to?**

- 54% of Grants Pass homebuyers searched to stay within the Grants Pass metropolitan area.

- Clearlake was the most popular destination among Grants Pass homebuyers followed by Tucson and Newport.

| Moving to Grants Pass | Moving from Grants Pass |

**Number of People Moving to Grants Pass**

least          most



## People are moving to Grants Pass from ⓘ

| Inbound Metros | Net inflow ⓘ Jan '26 - Mar '26 |
|---|---|
| 1 Portland, OR | 156 |
| 2 San Francisco, CA | 148 |
| 3 Los Angeles, CA | 70 |
| 4 Seattle, WA | 33 |
| 5 Las Vegas, NV | 28 |
| 6 Sacramento, CA | 24 |

| 7 | San Diego, CA | 21 |
| 8 | Salt Lake City, UT | 17 |
| 9 | Reno, NV | 15 |
| 10 | Denver, CO | 9 |

## People are leaving Grants Pass for ⓘ

| | **Outbound**<br>Metros | **Net outflow** ⓘ<br>Jan '26 - Mar '26 |
|---|---|---|
| 1 | Clearlake, CA | 9 |
| 2 | Tucson, AZ | 8 |
| 3 | Newport, OR | 6 |
| 4 | Walla Walla, WA | 6 |
| 5 | New Orleans, LA | 5 |
| 6 | Brookings, OR | 5 |
| 7 | Coos Bay, OR | 4 |
| 8 | Kahului, HI | 4 |
| 9 | Greenville, SC | 4 |
| 10 | Spokane, WA | 3 |

### Methodology

This data does not reflect actual moves. The latest migration analysis is based on a sample of about two million Redfin.com users who searched for homes across more than 100 metro areas. To be included in this dataset, a Redfin.com user must have viewed at least 10 homes in a three month period. This dataset excludes all rentals data.

## Recently sold homes



| | | | |
|---|---|---|---|
| **$348,000** Last Sold Price | **$32,000** Last Sold Price | **$549,000** Last Sold Price | **$265,000** Las |
| 3 beds  2 baths  1,104 sq ft | 2 beds  2 baths  1,248 sq ft | 5 beds  2 baths  2,541 sq ft | 3 beds  2 baths |
| 9780 Monument Dr, Grants Pass, OR 97 | 350 Beechwood Dr, Grants Pass, OR 97 | 1360 Oxyoke Rd, Grants Pass, OR 9752 | 705 Hyde Park Rd, |
| List Price $348,000 | List Price $38,000 | List Price $569,000 | List Price |
| Sale to List 0% over list | Sale to List 16% under list | Sale to List 4% under list | Sale to List |
| Days on Market 123 days | Days on Market 65 days | Days on Market 220 days | Days on Marke |

## Schools in Grants Pass

Learn about schools in the Grants Pass area

GreatSchools Rating

**Elementary**    Middle    High

**7**/10                                351                ★★★★☆
                                        Students           3 reviews
Riverside Elementary School
Public • K-5

**7**/10                                225                ★★★☆☆
                                        Students           6 reviews
Fruitdale Elementary School
Public • K-5

**6**/10                                344                ★★★★☆
                                        Students           5 reviews
Highland Elementary School
Public • PreK-5

**6**/10                                361                ★★★★☆
                                        Students           7 reviews
Parkside Elementary School
Public • K-5

**5**/10                                443                ★★★☆☆
                                        Students           5 reviews
Redwood Elementary School
Public • K-5

**Only showing 5 of 8 elementary schools.**
School data provided by GreatSchools. School service boundaries are intended to be used as reference only. To verify enrollment eligibility for a property,
contact the school directly.

## Climate's impact on Grants Pass housing

Learn about natural hazards and environmental risks, such as floods, fires, wind, and heat that could impact homes in
Grants Pass.



**Flood Factor - Minor**
9% of properties are at risk of severe flooding over the
next 30 years ⌄

**Fire Factor - Moderate**
97% of properties are at risk of wildfire over the next 30
years ⌄

**Wind Factor - Minimal**
Grants Pass has minimal risk of severe winds over the
next 30 years ⌄

**Heat Factor - Major**
96% of properties are at major risk of heat over the next
30 years ⌄

Provided by First Street Foundation ⓘ

## Transportation in Grants Pass

Learn about the walkability, bikeability, and transit-friendliness of Grants Pass

 **40** / 100
Car-Dependent
Walk Score®

 **19** / 100
Minimal Transit
Transit Score®

 **45** / 100
Somewhat Bikeable
Bike Score®

## More real estate resources for Grants Pass

**New Listings in Grants Pass**

🔍 101 SE Yorktown Dr

🔍 1215 NE 6th St

🔍 2603 Winona Rd

🔍 1012 NE Hefley St

🔍 1502 Agape Way

🔍 830 SW Bryn Ct

Show more ⌄

**Nearby City Housing Markets**

🔍 Gold Hill Housing Market

🔍 New Hope Housing Mark...

🔍 Williams Housing Market

🔍 Wimer Housing Market

🔍 Rogue River Housing Ma...

🔍 Redwood Housing Market

Show more ⌄

**Zip Code Housing Markets**

🔍 97526 Housing Market

🔍 97527 Housing Market

**Nearby City Listings**

🔍 Gold Hill Real Estate

🔍 New Hope Real Estate

🔍 Williams Real Estate

🔍 Wimer Real Estate

🔍 Rogue River Real Estate

🔍 Redwood Real Estate

Show more ⌄

**Zip Code Listings**

🔍 97526 Real Estate

🔍 97527 Real Estate

**Rentals**

🔍 **Apartments for Rent** in ...

🔍 **Houses for Rent** in Grant...

**Join us**

Become an Agent

Get referrals

Careers

Find homes faster





**About us**

Why Redfin?

Community Impact

Inclusion

Culture

Press

Investors

Blog

Real Estate News

**Find us**

Contact Us

Help Center

Advertise

**Subsidiaries**

Rent.

ApartmentGuide

**Affiliated Business**

Rocket Close

Rocket Mortgage

**Countries**

United States

Canada

Copyright: © 2026 Redfin. All rights reserved.

Updated September 2025: By searching, you agree to the Terms of Use, and Privacy Policy.

Do not sell or share my personal information.

REDFIN and all REDFIN variants, WALK SCORE, and the R logos, are trademarks of Redfin Corporation, registered or pending in the USPTO.

California DRE #01521930

Redfin is licensed to do business in New York as Redfin Real Estate. NY Standard Operating Procedures

New Mexico Real Estate Licenses

TREC: Info About Brokerage Services, Consumer Protection Notice

All mortgage lending products and information are provided by Rocket Mortgage, LLC | NMLS #3030. www.NMLSConsumerAccess.org. Licensed in 50 states. This site is not authorized by the New York State Department of Financial Services for mortgage solicitation or loan applications activities related to properties located in the State of New York.

Redfin Corporation is an affiliated business of Rocket Limited Partnership. Each company, and their subsidiaries, are separate legal entities operated and managed through its own management and governance structures.

If you are using a screen reader, or having trouble reading this website, please call Redfin Customer Support for help at 1-844-759-7732.

 **REDFIN IS COMMITTED TO AND ABIDES BY THE FAIR HOUSING ACT AND EQUAL OPPORTUNITY ACT. READ REDFIN'S FAIR HOUSING POLICY AND THE NEW YORK STATE FAIR HOUSING NOTICE.**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1920 Old Tustin Ave., Santa Ana, CA 92705

A true and correct copy of the foregoing document entitled (*specify*): AMENDED REPLY TO DEBTOR'S AND
GOLDEN STATE BANK'S OPPOSITION TO MOTION FOR RELIEF FROM STAY
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/15/2026_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Counsel for Debtor(s): Thomas B Ure, tom@urelawfirm.com
Attorneys for US Trustee: Kelly L Morrison, kelly.l.morrison@usdoj.gov
U.S. Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Nicholas S Couchot on behalf of Creditor Golden State Bank, ncouchot@swlaw.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  07/15/2026_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor(s): MLM OREGON, LLC, 493 S. Robertson Blvd., Beverly Hills, CA 90211
Party of Interest: Marvin Markowitz, 15985 N APPLEGATE RD, GRANTS PASS, OR 97527
Party of Interest: LIBBY MARKOWITZ, 15985 N APPLEGATE RD, GRANTS PASS, OR 97527
Lien Holder: Golden State Bank, P.O. Box 430, Upland, CA 91785

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/15/2026 | Salina Padilla | /s/ Salina Padilla |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

# CONTINUATION PAGE

| Debtor: MLM Oregon LLC | Bk Case: 2:26-bk-12319-BB |
|---|---|
|  |  |

MLM Oregon LLC
15985 N APPLEGATE RD
GRANTS PASS, OR 97527

Golden State Bank
Snell & Wilmer, LLP
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689

Joshua K. Partington
Snell & Wilmer
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689

Nicholas S Couchot
Joshua K. Partington
Snell & Wilmer
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689

MLM Grandchildren Irrevocable Trust
493 S. Robertson Blvd.
Beverly Hills, CA 90211

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                        **F 9013-3.1.PROOF.SERVICE**