**URE LAW FIRM**
8280 Florence Avenue, Suite 200
Downey, CA 90240
Telephone: (213) 202-6070
Facsimile: (213) 788-202-6075
Thomas B. Ure – State Bar No. 170492
tom@urelawfirm.com

Attorney for: Debtor-in- Possession

FILED & ENTERED

SEP 28 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY francis DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>MLM OREGON, LLC,<br><br>Debtor-in-Possession. | Case No. 2:26-bk-12319-BB<br><br>Chapter 11<br><br>**ORDER DISMISSING CASE**<br><br>Hearing:<br>Date: August 25, 2026<br>Time: 10:00 a.m.<br>Location: Courtroom 1539<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

On August 25, 2026 at 10:00 a.m., a Chapter 11 status conference took place in the above-reference Chapter 11 bankruptcy case. Appearances were made as noted on the record. For the reasons stated on the record at the hearing and good cause appearing,

///

///

///

**IT IS HEREBY ORDERED** that this case is hereby dismissed effective September 28, 2026.

###

Date: September 28, 2026

Sheri Bluebond
United States Bankruptcy Judge